UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: CENTURYLINK RESIDENTIAL
CUSTOMER BILLING DISPUTES
LITIGATION

This applies to all cases in this
multidistrict litigation.

No. 0:17-md-02795-MJD-KMM
(MDL No. 2795)

**CERTIFICATE OF SERVICE FOR
SERVICE BY MAIL**

---

I hereby certify that, on October 11, 2017, I caused the following documents:

> Joint Stipulation By Parties To Suspend All Deadlines Pending
> Entry Of Omnibus Scheduling Order;
>
> Proposed Standing Order Suspending All Deadlines Pending Entry
> Of Omnibus Scheduling Order; and
>
> Certificate Of Service For Service By Mail

to be filed electronically with the Clerk of Court through ECF and that I caused a copy of
the foregoing documents and the notice of electronic filing to be mailed by first class
mail, postage paid, to the following non-ECF participants:

> Mark J. Geragos, Esq.
> Benjamin J. Meiselas, Esq.
> Zack V. Muljant, Esq.
> Eric Hahn, Esq.
> GERAGOS & GERAGOS
> Historic Engine Co. No. 28
> 644 South Figueroa Street
> Los Angeles, CA 90017-3411
>
> *Counsel for Plaintiffs Craig McLeod & Steven L. McCauley (C.D.
> Cal.); Heather Gonsior (D. Ore.); Jubilee Lawhead (W.D. Wash.);
> Mandi Hanifen (D. Idaho); Anthony Chavez (D. Colo.); David H.
> Garten (D. Nev.); Luke Roger Allison (D. Ariz.); Victor Romero &
> Pamela Romero (D. Minn.); Francisco J. Carrillo, Jocelyn Carrillo,
> Spencer Berggren & James T. Fowler (M.D. Fla.)*

Michael Fuller, Esq.
OLSEN DAINES, PC
US Bancorp Tower
111 SW 5th Avenue, Suite 3150
Portland, OR 97204

*Counsel for Plaintiffs Heather Gonsior (D. Ore.); Jubilee Lawhead (W.D. Wash.)*

Bonner C. Walsh, Esq.
WALSH PLLC
P.O. Box 7
Bly, OR 97622

*Counsel for Plaintiffs Jubilee Lawhead (W.D. Wash.); Mandi Hanifen (D. Idaho)*

Mark C. Gardy, Esq.
James S. Notis, Esq.
Orin Kurtz, Esq.
GARDY & NOTIS, LLP
Tower 56, 126 East 56th Street, 8th Floor
New York, NY 10022

*Counsel for Plaintiff Anthony Chavez (D. Colo.)*

Kip B. Shuman, Esq.
THE SHUMAN LAW FIRM
Post-Montgomery Ct.
One Montgomery Street, Suite 1800
San Francisco, CA 94104

*Counsel for Plaintiff Anthony Chavez (D. Colo.)*

Rusty E. Glenn, Esq.
THE SHUMAN LAW FIRM
600 17th Street, Suite 2800 South
Denver, CO 80202

*Counsel for Plaintiff Anthony Chavez (D. Colo.)*

Brandon C. Fernald, Esq.
FERNALD LAW GROUP LLP
6236 Laredo Street
Las Vegas, NV 89146

*Counsel for Plaintiff David H. Garten (D. Nev.)*

Hart L. Robinovitch, Esq.
ZIMMERMAN REED LLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254

*Counsel for Plaintiffs Luke Roger Allison (D. Ariz.); Victor Romero
& Pamela Romero (D. Minn.); Francisco J. Carrillo, Jocelyn
Carrillo, Spencer Berggren & James T. Fowler (M.D. Fla.)*

Brian C. Gudmundson, Esq.
Carolyn G. Anderson, Esq.
ZIMMERMAN REED LLP
1100 IDS Ctr., 80 S. 8th Street
Minneapolis, MN 55402

*Counsel for Plaintiffs Luke Roger Allison (D. Ariz.); Victor Romero
& Pamela Romero (D. Minn.); Francisco J. Carrillo, Jocelyn
Carrillo, Spencer Berggren & James T. Fowler (M.D. Fla.)*

Alfred M. Sanchez, Esq.
400 Gold Ave. SW #240
Albuquerque, NM 87102

*Counsel for Plaintiff Richard Lucero (D.N.M.)*

Mark M. O'Mara, Esq.
Alyssa J. Flood, Esq.
O'MARA LAW GROUP
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804

*Counsel for Plaintiffs Francisco J. Carrillo, Jocelyn Carrillo,
Spencer Berggren & James T. Fowler (M.D. Fla.)*

Roxanne Barton Conlin, Esq.
ROXANNE CONLIN & ASSOCIATES, PC
319 Seventh Street, Suite 600
Des Moines, IA 50309

*Counsel for Plaintiffs Peter Denniston & Jon Lodestein (S.D. Iowa);
Susan Miller (W.D. Wis.)*

Richard M. Hagstrom, Esq.
Anne T. Regan, Esq.
Nicholas S. Kuhlmann, Esq.
Jason Raether, Esq.
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, MN 55439

*Counsel for Plaintiffs Peter Denniston & Jon Lodestein (S.D. Iowa); Susan Miller (W.D. Wis.)*

Francois M. Blaudeau, Esq.
W. Lewis Garrison, Jr., Esq.
Christopher B. Hood, Esq.
HENINGER GARRISON DAVIS, LLC
2224 1st Ave N.
Birmingham, AL 35203

*Counsel for Plaintiffs Ann M. Williams, Gulf Coast Attorneys LLC & Brent
Lee LLC (S.D. Ala.)*


Dated:  October 11, 2017

                                             */s/ Douglas P. Lobel*
                                             Douglas P. Lobel, VA Bar No. 42329
                                             COOLEY LLP
                                             11951 Freedom Drive
                                             Reston, Virginia 20190-5656
                                             Telephone: (703) 456-8000
                                             Facsimile:  (703) 456-8100
                                             dlobel@cooley.com


152018669