UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CENTURYLINK RESIDENTIAL
CUSTOMER BILLING DISPUTES LITIGATION                    MDL No. 2795

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 5, 2017, the Panel transferred 8 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael James Davis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of October 5, 2017, and, with the consent of that court, assigned to the Honorable Michael James Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 16, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CENTURYLINK RESIDENTIAL
CUSTOMER BILLING DISPUTES LITIGATION**  MDL No. 2795

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 17−00384 | Williams et al v. CenturyLink, Inc. et al |
| **IOWA SOUTHERN** | | | |
| IAS | 3 | 17−00052 | Denniston et al v. CenturyLink, Inc. et al |
| **LOUISIANA WESTERN** | | | |
| ~~LAW~~ | ~~3~~ | ~~17−01005~~ | ~~Craig v. CenturyLink Inc et al~~ |
| ~~LAW~~ | ~~3~~ | ~~17−01033~~ | ~~Scott v. CenturyLink Inc et al~~ |
| ~~LAW~~ | ~~3~~ | ~~17−01065~~ | ~~Thummeti v. CenturyLink, Inc. et al~~ |
| **NEW MEXICO** | | | |
| NM | 1 | 17−00873 | Lucero v. CenturyLink, Inc. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 17−00648 | Miller, Susan v. CenturyLink, Inc. et al |