# Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK RESIDENTIAL CUSTOMER BILLING DISPUTES LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | **MDL No. 17-2795 (MJD/KMM)**<br><br>**PLAINTIFFS' PROPOSED INITIAL CASE MANAGEMENT ORDER** |

1.  **Proposed Case Schedule**: Plaintiffs have met and conferred with Defendants regarding preliminary case scheduling and agreed upon the following proposal, subject to approval by the Court:

| Action/Event | Proposed Date |
|---|---|
| Plaintiffs file Consolidated Complaint | February 15, 2018 |
| Parties hold Rule 26(f) conference and meet and confer on deadlines for Defendants' response to Consolidated Complaint | March 1, 2018 |
| Parties submit Rule 26(f) report to Court, including deadlines for Defendants' response to Consolidated Complaint | March 8, 2018 |
| Court holds status conference | March 2018 |
| Parties meet and confer regarding ESI and Discovery Protocols, confidential document repository, Protective Order, identification of defendants, preliminary informal discovery | December 2017 – March 2018 |

2. **Discovery and Electronically Stored Information ("ESI")**: Pursuant to the proposed schedule, the parties will meet and confer regarding an appropriate protocol for the production of ESI, including agreement on a document production format that is search-capable, and the establishment of a confidential document repository.

3. **Service of Process**: The parties have agreed to accept service of process upon timely request.

4. **Coordination with State Court Litigation**: The parties agree that, to the extent practicable, they will coordinate these proceedings with related state court litigation, if any.

5. **Management of Class Action Litigation**: Pursuant to the proposed schedule herein, the parties will submit a proposal to the Court for an appropriate schedule to effectively coordinate the discovery, experts, and briefing necessary for resolving any motion for class certification.

Dated: December 7, 2017                          Respectfully submitted,

| | |
|---|---|
| **By: ZIMMERMAN REED LLP** | **GERAGOS & GERAGOS, APC** |
| */s/ Brian C. Gudmundson* | Mark J. Geragos, SBN 108325 |
| Carolyn G. Anderson (MN 0275712) | Lori G. Feldman, WSBA 29096 |
| Brian C. Gudmundson (MN 336695) | Benjamin J. Meiselas, SBN 277412 |
| Bryce D. Riddle (MN 398019) | Eric Hahn, SBN 311771 |
| 1100 IDS Center | Historic Engine Co. No. 28 |
| 80 South 8th Street | 644 South Figueroa Street |
| Minneapolis, MN 55402 | Los Angeles, CA 90017-3411 |
| Telephone: (612) 341-0400 | Telephone: (231) 625-3900 |
| Facsimile: (612) 641-0844 | Facsimile: (231) 232-3255 |
| carolyn.anderson@zimmreed.com | mark@geragos.com |
| brian.gudmundson@zimmreed.com | lori@geragos.com |
| bryce.riddle@zimmreed.com | meiselas@geragos.com |
| | eric@geragos.com |

**ZIMMERMAN REED LLP**
Hart L. Robinovitch, SBN 020910
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

**O'MARA LAW GROUP**
Mark M. O'Mara, FBN 359701
Alyssa J. Flood, FBN 99755
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com

**SOUTHERN INSTITUTE FOR MEDICAL & LEGAL AFFAIRS**
Odeh J. Issis, ASB 4785-S83P
Evan T. Rosemore, ASB 3760-N10B
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 547-5527
Facsimile: (205) 547-5526
odeh@southernmedlaw.com
evan@southernmedlaw.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau, ASB 7722-D32F
W. Lewis Garrison, Jr., ASB 3591-N74W
Christopher B. Hood, ASB 2280-S35H
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin, AT0001642
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom, MN 039445
Anne T. Regan, MN 333852
Nicholas S. Kuhlmann, MN 33750
Jason Raether, MN 394857
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com
nkuhlmann@hjlawfirm.com
jraether@hjlawfirm.com

| | |
|---|---|
| **GUSTAFSON GLUEK PLLC**<br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Lobby (#388166)<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com | **HENINGER GARRISON DAVIS, LLC**<br>James F. McDonough, III, GA 117088<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA 30339<br>Telephone: (404) 996-0869<br>Facsimile: (205) 326-3332<br>jmcdonough@hgdlawfirm.com |

*Counsel for Plaintiffs and the Proposed Class*

4