# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# NOTICE OF HEARING

| | |
|---|---|
| In Re: CenturyLink Sales Practices and Securities Litigation | 17-md-2795 (MJD/KMM |
| | |
| Benjamin Craig et al. *Individually and on Behalf of All Others Similarly Situated* | |
| | 18-cv-296 (MJD/KMM) |
| v. | |
| CenturyLink, Inc., et al. | |
| | |
| Don J. Scott, *Individually and on Behalf of All Others Similarly Situated* | |
| v. | |
| | 18-cv-297 (MJD/KMM) |
| CenturyLink, Inc., et al. | |
| | |
| Amarendra Thummeti, *Individually and on Behalf of All Others Similarly Situated* | |
| v. | 18-cv-298 (MJD/KMM) |
| CenturyLink, Inc., et al. | |

Inter-Marketing Group USA Inc.
*Individually and on Behalf of All Others*
*Similarly Situated*

v.                                                                                      18-cv-299 (MJD/KMM)

CenturyLink, Inc., et al.

The hearing on the pending motions regarding the Motion to Intervene, Motion for Appointment as Lead Plaintiff/Approval of Lead Counsel, Appeal of the Magistrate Judge Decision and Motion to Consolidate have been scheduled for Thursday, April 17, 2018 at 11:00 a.m. (central time) before Judge Michael J. Davis in Courtroom 13E of the Minneapolis Federal Courthouse (300 South Fourth Street, Minneapolis, MN 55415). Parties shall contact the Courtroom Deputy prior to the hearing indicating who will be in attendance for the hearing.

Date: February 21, 2018                                 s/Kristine Wegner
                                                                        KRISTINE M. WEGNER
                                                                        Courtroom Deputy to the
                                                                        Honorable Judge Michael J. Davis