UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
|---|---|
| This Document Relates to: | **DEFENDANT'S AFFILIATES' MOTION TO INTERVENE FOR THE LIMITED PURPOSES OF MOVING TO COMPEL ARBITRATION AND ENFORCE CLASS-ACTION WAIVERS AND TO JOIN IN DEFENDANT CENTURYLINK, INC.'S MOTION FOR TEMPORARY STAY OF DISCOVERY** |

| | |
|---|---|
| 0:17-cv-02832 | 0:17-cv-04622 |
| 0:17-cv-04613 | 0:17-cv-04943 |
| 0:17-cv-04614 | 0:17-cv-04944 |
| 0:17-cv-04615 | 0:17-cv-04945 |
| 0:17-cv-04616 | 0:17-cv-04947 |
| 0:17-cv-04617 | 0:17-cv-05001 |
| 0:17-cv-04618 | 0:17-cv-05046 |
| 0:17-cv-04619 | |

Defendant's Affiliates – Intervenors Qwest Corporation, Embarq Florida, Inc., Embarq Missouri, Inc., Carolina Telephone and Telegraph Company LLC, Central Telephone Company, CenturyTel of Idaho, Inc., CenturyTel of Larsen-Readfield, LLC, CenturyTel of Washington, Inc., CenturyTel Broadband Services, LLC, and Qwest Broadband Services, Inc. (jointly the "Operating Companies") – through undersigned counsel hereby move this Court pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.1 for an Order granting their motion to intervene for the limited purposes of moving to compel arbitration and enforce class-action waivers and joining in Defendant CenturyLink Inc.'s motion for temporary stay of discovery (the "Motion").

The Operating Companies are ten subsidiaries of Defendant CenturyLink, Inc. that provided the services at issue in this Proceeding through contractual agreements with the named Plaintiffs. Under Federal Rule of Civil Procedure 24, the Operating Companies meet the requirements for mandatory and/or permissive intervention. They seek

intervention at this time for the limited purposes of (1) enforcing their contracts with the named Plaintiffs that require arbitration and contain class-action waivers and (2) joining Defendant CenturyLink, Inc.'s motion for temporary stay of discovery.  More detailed grounds for this Motion are set forth in the accompanying Memorandum of Law and the Declarations of Kiran Seshagiri and Douglas P. Lobel exhibits attached thereto in support of the Motion.

Dated:  April 2, 2018                    Respectfully submitted,

*/s/ Douglas P. Lobel*
Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Martin S. Schenker (CA Bar No. 109828)
Jeffrey M. Gutkin (CA Bar No. 216083)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
mschenker@cooley.com
jgutkin@cooley.com

William A. McNab (MN Bar No. 320924)
David M. Aafedt (MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant* CenturyLink, Inc. *and Intervenors* Qwest Corporation; Embarq Florida, Inc.; Embarq Missouri, Inc.; Carolina Telephone and Telegraph Company LLC; Central Telephone Company; CenturyTel of Idaho, Inc.; CenturyTel of Larsen-Readfield, LLC; CenturyTel of Washington, Inc.; CenturyTel Broadband Services, LLC; *and* Qwest Broadband Services, Inc.

171396851