UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>  0:17-cv-02832    0:17-cv-04622<br>  0:17-cv-04613    0:17-cv-04943<br>  0:17-cv-04614    0:17-cv-04944<br>  0:17-cv-04615    0:17-cv-04945<br>  0:17-cv-04616    0:17-cv-04947<br>  0:17-cv-04617    0:17-cv-05001<br>  0:17-cv-04618    0:17-cv-05046<br>  0:17-cv-04619 | MDL No. 17-2795 (MJD/KMM)<br><br>**DEFENDANT'S MOTION TO TEMPORARILY STAY DISCOVERY PENDING RESOLUTION OF FORTHCOMING MOTION TO COMPEL ARBITRATION AND ENFORCE CLASS-ACTION WAIVERS** |

Defendant CenturyLink, Inc. ("CenturyLink"), through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 26 and Local Rule 7.1 for an Order temporarily staying discovery pending the resolution of a forthcoming motion to compel arbitration and enforce class action-waivers (the "Motion").

Given CenturyLink's substantial grounds and well-founded bases for its motion to compel arbitration and the well-settled law favoring arbitration, the Court should stay discovery until the Motion is resolved. CenturyLink will be highly prejudiced, and will incur unnecessary expense in providing substantial class-wide and other discovery, if the Court later determines that the parties agreed to arbitrate and thus the Court lacked jurisdiction over the dispute. A temporary stay of discovery would enforce the agreements of the parties and could avoid overbroad discovery and excessive burden and expense.

More detailed grounds for this Motion are set forth in the accompanying Memorandum of Law and the Declarations of Travis Beard and Douglas P. Lobel and exhibits attached thereto.

Dated:  April 2, 2018                                         Respectfully submitted,

/s/ Douglas P. Lobel
Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com

Martin S. Schenker (CA Bar No. 109828)
Jeffrey M. Gutkin (CA Bar No. 216083)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
mschenker@cooley.com
jgutkin@cooley.com

William A. McNab (MN Bar No. 320924)
David M. Aafedt (MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CenturyLink, Inc.*

171293334