UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>0:17-cv-02832   0:17-cv-04622<br>0:17-cv-04613   0:17-cv-04943<br>0:17-cv-04614   0:17-cv-04944<br>0:17-cv-04615   0:17-cv-04945<br>0:17-cv-04616   0:17-cv-04947<br>0:17-cv-04617   0:17-cv-05001<br>0:17-cv-04618   0:17-cv-05046<br>0:17-cv-04619 | MDL No. 17-2795 (MJD/KMM)<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO TEMPORARILY STAY DISCOVERY PENDING RESOLUTION OF FORTHCOMING MOTION TO COMPEL ARBITRATION AND ENFORCE CLASS-ACTION WAIVERS** |

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy.

A hearing for the above-titled motion will take place on June 5, 6, or 7 (date and time to be determined by the Court), in courtroom 13E at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415 before Judge Davis.

Defendant CenturyLink, Inc. ("CenturyLink") will move the Court for an Order to temporarily stay discovery pending resolution of its forthcoming motion to compel arbitration and enforce class-action waivers.

Dated:  April 2, 2018

Respectfully submitted,

*/s/ Douglas P. Lobel*
Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100

- 2 -

>dlobel@cooley.com
>dvogel@cooley.com
>
>Martin S. Schenker (CA Bar No. 109828)
>Jeffrey M. Gutkin (CA Bar No. 216083)
>COOLEY LLP
>101 California Street, 5th Floor
>San Francisco, CA 94111
>Tel.: (415) 693-2000
>Fax: (415) 693-2222
>mschenker@cooley.com
>jgutkin@cooley.com
>
>William A. McNab (MN Bar No. 320924)
>David M. Aafedt (MN Bar No. 27561X)
>WINTHROP & WEINSTINE, P.A.
>Capella Tower, Suite 3500
>225 South Sixth Street
>Minneapolis, MN 55402
>Tel: (612) 604-6400
>Fax: (612) 604-6800
>wmcnab@winthrop.com
>daafedt@winthrop.com
>
>*Attorneys for Defendant CenturyLink, Inc.*

171295827