UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to<br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-297 (MJD/KMM)<br>Civil File No. 18-298 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | **ORDER** |

This matter is before the Court on Plaintiff the State of Oregon's Unopposed Motion for Leave to File a Sur-reply to Respond to New Arguments Raised for the First Time in KBC Asset Management's Appeal Reply. [MDL Docket No. 74] Because, in KBC's updated reply brief, KBC has raised new arguments related to the financial interest calculation, the Court will permit Oregon to file its proposed surreply to respond solely to those new arguments.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

    Plaintiff the State of Oregon's Unopposed Motion for Leave to File a Sur-reply to Respond to New Arguments Raised for the First Time

in KBC Asset Management's Appeal Reply [MDL Docket No. 74] is **GRANTED**.

Dated:   April 3, 2018            s/Michael J. Davis
                                  Michael J. Davis
                                  United States District Court