# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to<br>Civil File No. 18-296 (MJD/KMM)<br>Civil File No. 18-297 (MJD/KMM)<br>Civil File No. 18-298 (MJD/KMM)<br>Civil File No. 18-299 (MJD/KMM) | **ORDER** |

On April 20, 2018, the Court granted the Motion to Consolidate. [MDL Docket No. 115] Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases, and any subsequently filed or transferred related actions are hereby **CONSOLIDATED** under master file no. 18-cv-296 (MJD/KMM). From the date of this order, all documents shall be filed in case no. 18-cv-296 (MJD/KMM). Cases 18-cv-297, 18-cv-298, and 18-cv-299 shall be closed.

2. A copy of this Order shall be filed in all the related cases, but the files in this consolidated action shall be maintained under master file no. 18-CV-296 (MJD/KMM). All orders, pleadings, motions, and other documents when filed in the Master File shall be deemed to be filed and docketed in the constituent file.

3. The Clerk of Court is **ORDERED** to close civil cases 18-cv-297, 18-cv-298, and 18-cv-299.

Dated:  May 15, 2018                    s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court