UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | **MDL No. 17-2795 (MJD/KMM)** |
| This Document Relates to:<br><br>Civil Action No. 18-296 (MJD/KMM)<br>Civil Action No. 18-297 (MJD/KMM)<br>Civil Action No. 18-298 (MJD/KMM)<br>Civil Action No. 18-299 (MJD/KMM) | **JOINT CASE MANAGEMENT ORDER FOR THE CONSOLIDATED SECURITIES ACTION** |

1. **Proposed Case Schedule:** The parties have met and conferred, and agreed upon the following proposal, subject to approval by the Court:

| Action/Event | Proposed Date |
| --- | --- |
| Lead Plaintiff Files Consolidated Complaint | June 25, 2018 |
| Defendants Answer Or Move To Dismiss The Consolidated Complaint | August 24, 2018 |
| Plaintiffs Oppose Defendants' Motion To Dismiss The Consolidated Complaint (If Any) | October 3, 2018 |
| Defendants' Reply In Support Of Motion To Dismiss (If Any) | November 1, 2018 |

2. **Rule 26(f) Conference:** The parties shall hold a Rule 26(f) conference within two weeks of the date any Defendant answers the Consolidated Complaint or the date of any decision denying in whole or in part any Motion to Dismiss the Consolidated Complaint, whichever is earlier.

IT IS SO ORDERED.

Dated:  June 13, 2018            s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court Judge