UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This document relates to:<br>0:17-cv-02832, 0:17-cv-04613,<br>0:17-cv-04614, 0:17-cv-04615,<br>0:17-cv-04616, 0:17-cv-04617,<br>0:17-cv-04618, 0:17-cv-04619,<br>0:17-cv-04622, 0:17-cv-04943,<br>0:17-cv-04944, 0:17-cv-04945,<br>0:17-cv-04947, 0:17-cv-05001,<br>0:17-cv-05046 | PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

Pursuant to Federal Rules of Civil Procedure 37 and 45(d)(2)(B)(i), Plaintiffs hereby move this Court for an Order compelling Defendant CenturyLink, Inc. and proposed intervenors Qwest Corporation, Embarq Florida, Inc., Embarq Missouri, Inc., Carolina Telephone and Telegraph Company LLC, Central Telephone Company, CenturyTel of Idaho, Inc., CenturyTel of Larsen-Readfield, LLC, CenturyTel of Washington, Inc., CenturyTel Broadband Services, LLC, and Qwest Broadband Services, Inc. ("Proposed Intervenors") to provide documents responsive to Plaintiffs' Request for Production of Documents, Set One and to Plaintiffs' subpoenas *duces tecum* to the Proposed Intervenors.

Plaintiffs' present motion seeks to compel the production of documents relevant to Plaintiffs' examination of the numerous unilateral factual assertions Defendant and the Proposed Intervenors have made in support of their motions to intervene, to dismiss for

lack of personal jurisdiction over CenturyLink, Inc., and to compel arbitration. Chief among these factual assertions are that CenturyLink, Inc. is a mere shell company lacking employees or any business operations, and that the Proposed Intervenors are responsible for the promises, representations, breaches, and omissions underlying Plaintiffs' Consolidated Class Action Complaint. The Document Requests in dispute focus primarily on testing these factual assertions, which directly conflict with facts Defendant, Proposed Intervenors, and their counsel have disseminated outside of their pending motion papers.

Counsel for Plaintiffs, CenturyLink, Inc., and the Proposed Intervenors met and conferred by telephone on May 11, May 14, and May 18, 2018 regarding the Document Requests. Counsel were able to resolve some of their differences, but several issues remain that require the Court's guidance. A ruling on the appropriateness of the objections by CenturyLink, Inc. and the Proposed Intervenors should assist the parties as future disputes arise.

Plaintiffs' motion will be based upon their memorandum of law and any declarations, exhibits, and other supporting documents to be filed in support thereof.

Dated: May 23, 2018                                     Respectfully submitted,

                                                             **ZIMMERMAN REED LLP**

                                                             *s/ Brian C. Gudmundson*
                                                             Carolyn G. Anderson (MN 275712)
                                                             Brian C. Gudmundson (MN 336695)
                                                             Bryce D. Riddle (MN 398019)
                                                             1100 IDS Center
                                                             80 South 8th Street

Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 641-0844
carolyn.anderson@zimmreed.com
brian.gudmundson@zimmreed.com
bryce.riddle@zimmreed.com

**ZIMMERMAN REED LLP**
Hart L. Robinovitch
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Plaintiffs' Interim Co- Lead and Liaison Counsel*

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood
Channa Lloyd
Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com
channa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

**GERAGOS & GERAGOS, APC**
Lori G. Feldman
7 West 24th Street
New York, NY 10010
Telephone: (917) 388-3121
lori@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*

**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund (#258337)
Michelle J. Lobby (#388166)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@ gustafsongluek.com

*Plaintiffs' Executive Committee Chair*

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom, (MN 039445)
Anne T. Regan, (MN 333852)
Nicholas S. Kuhlmann, (MN 33750)
Jason Raether, (MN 394857)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com
nkuhlmann@hjlawfirm.com
jraether@hjlawfirm.com

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

4

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Telephone: (404) 996-0869
Facsimile: (205) 326-3332
jmcdonough@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau
W. Lewis Garrison, Jr.
Christopher B. Hood
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*Plaintiffs' Executive Committee*

**HODGE & LANGLEY LAW FIRM, P.C.**
T. Ryan Langley
229 Magnolia St.
Spartanburg, SC 29306
Telephone: (864) 585-3873
Facsimile: (864) 585-6485
rlangley@hodgelawfirm.com

**FERNALD LAW GROUP LLP**
Brandon C. Fernald
6236 Laredo Street
Las Vegas, NV 89146
Telephone: (702) 410-7500
Facsimile: (702) 410-7520
brandon.fernald@fernaldlawgroup.com

**OLSEN DAINES PC**
Michael Fuller, OSB No. 09357
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
michael@underdoglawyer.com

**WALSH PLLC**
Bonner C. Walsh
PO Box 7
Bly, OR 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

5

| | |
|---|---|
| **ATTORNEY ALFRED M. SANCHEZ** <br> Alfred M. Sanchez <br> 400 Gold Ave. SW, #240 <br> Albuquerque, NM 87102 <br> Telephone: (505) 242-1979 <br> lawyeralfredsanchez@gmail.com | **GARDY & NOTIS, LLP** <br> Orin Kurtz <br> 126 East 56th Street, 8th Floor <br> New York, NY 10022 <br> Telephone: (212) 905-0509 <br> Fax: (212) 905-0508 <br> okurtz@gardylaw.com |

*Counsel for Plaintiffs and the Proposed Class*