UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No.: 17-2795 (MJD/KMM) |

This Document Relates to:

Civil Action No. 18-296 (MJD/KMM)

# ORDER GRANTING

# JOINT MOTION REGARDING CONTINUED SEALING

Defendants CenturyLink, Inc., Glen F. Post, III, R. Stewart Ewing, Jr., David D. Cole, Karen Puckett, Dean J. Douglas, and G. Clay Bailey ("Defendants") filed with the Court a Joint Motion Regarding Continued Sealing [Docket 318] relating to Defendants' Motion to Dismiss Under Rule 12(b)(6) [Docket 276], in particular Docket 280. Based on the files and records herein:

**IT IS HEREBY ORDERED THAT:**

The Parties' Joint Motion Regarding Continued Sealing [Docket No. 318] is **GRANTED.**

Date: December 19, 2018         s/ Michael J. Davis
                                Michael J. Davis
                                United States District Court