# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | **COURT MINUTES**<br>BEFORE: Kate Menendez<br>U.S. Magistrate Judge |

This document relates to:
0:17-cv-02832, 0:17-cv-04613,
0:17-cv-04614, 0:17-cv-04615,
0:17-cv-04616, 0:17-cv-04617,
0:17-cv-04618, 0:17-cv-04619,
0:17-cv-04622, 0:17-cv-04943,
0:17-cv-04944, 0:17-cv-04945,
0:17-cv-04947, 0:17-cv-05001,
0:17-cv-05046

| | |
|---|---|
| Case No: | 0:17-md-02795-MJD-KMM |
| Date: | June 4, 2018 |
| Location: | Courtroom 8E (Mpls) |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 4:00 p.m. |
| Time Concluded: | 5:55 p.m. |
| Time in Court: | 115 Minutes |

**APPEARANCES:**

    For Plaintiffs:    Anne Regan, Hellmuth & Johnson; Brian Gudmundson and Bryce Riddle, Zimmerman Reed, PLLP

    For Defendant CenturyLink and Proposed Intervenors:

        Douglas Lobel and David Vogel, Cooley LLP; William McNabb, Winthrop & Weinstine, PA

**HEARING ON:**

    (1) Plaintiffs' Motion to Compel Production of Documents [ECF No. 158]

**IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:**

    The Court heard oral argument on the motion to compel. The Court issued certain rulings from the bench. A written order memorializing the Court's decision will follow.

                              s/Brian Pousson
                              Signature of Law Clerk