**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This document relates to:<br>0:18-cv-02460, 0:18-cv-02833, 0:18-cv-02834, 0:18-cv-02835 | MDL No. 17-2795<br><br>ORDER GRANTING CONSOLIDATION OF FEDERAL DERIVATIVE ACTIONS |

Having considered the Stipulation to Consolidate Federal Derivative Actions [Docket No. 307], the Court **ORDERS** as follows:

1. The Federal Derivative Actions (Civil File Nos. 18-2460, 18-2833, 18-2834, and 18-2835) are hereby consolidated for all purposes in the above-captioned MDL, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action."

2. Within thirty (30) days of the date of entry of this Order, any plaintiff in the Consolidated Action moving for lead counsel appointment shall file an application for lead counsel with appropriate support in the form and substance as required by the Court's rules.

3. Within fifteen (15) days of the date by which any plaintiff in the Consolidated Action files an application for appointment as lead counsel, the parties in the Consolidated Action shall file reply brief(s) if desired in the form and substance as required by the Court's rules.

4. This Order consolidating the Federal Derivative Actions shall apply to each action arising out of the same transactions and occurrences and asserting derivative claims filed in this Court or transferred here. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein.

5. No Defendant shall have any obligation to respond to any of the complaints in the Federal Derivative Actions until such time as the parties agree and/or the Court orders.

Dated:  December 4, 2018                               s/ Michael J. Davis

                                                                       Michael J. Davis
                                                                       United States District Court