# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

## ORDER MODIFYING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR STAY

Having considered the Joint Stipulation Regarding Modification of Time for Plaintiffs' Response to Defendants' Motion for Stay, and all files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

The time for Plaintiffs to respond to Defendants' Motion for Stay Pending Rule 23(f) Petition and Appeal is modified such that the deadline is October 13, 2020.

IT IS SO ORDERED.

Dated:  October 5, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court