UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**

**MDL No. 17-2795 (MJD/KMM)**

This Document Relates to:
17-2832, 17-4613, 17-4614, 17-4615,
17-4616, 17-4617, 17-4618, 17-4619,
17-4622, 17-4943, 17-4944, 17-4945,
17-4947, 17-5001, 17-5046, 18-1573,
18-1572, 18-1565, 18-1562

---

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT AND PROPOSED INTERVENORS' MOTION TO COMPEL ARBITRATION AND ENFORCE CLASS-ACTION WAIVERS**

---

Plaintiffs submit the attached Award of Arbitration ruling, finding that the plaintiff was not bound to arbitration by either the Qwest Internet Agreement or 2017 Internet Agreement on the grounds of unconscionability. Ex. A (Award of Arbitrator in the matter of *William Wardlow v. Qwest Corp.*, Case No. 01-18-00003-7341, Mar. 18, 2019.) Defendant CenturyLink, Inc. ("CenturyLink") has asserted here that the Qwest Internet Agreement binds Plaintiffs Allison, Anderson, Aragon, Chavez, Dahib, Denniston, Fitch, Glodowski, Lahdahl, Lavelle-Register, Lodestein, Lucero, O'Donnell, Parkes, Rocha, Romero, Stucker, Tyler, and Weigt to arbitration. CenturyLink has asserted the 2017 Internet Agreement binds Plaintiffs Clayton, Glodowski, Marchese, and Scott to arbitration.

In the decision, the Hon. David W. Casey, American Arbitration Association, reported that after review of the parties' submissions and considering their arguments at

the hearing, which had "thoroughly addressed the various terms of the contract and the unconscionability issue," he found that the plaintiff William Wardlow was not obligated to arbitrate because, "arbitration clause is unconscionable." He concluded that "Consequently, the arbitration clause is unenforceable and this case is not arbitrable."

| | |
|---|---|
| Dated: May 8, 2019 | Respectfully submitted |

*s/ Brian C. Gudmundson*
Carolyn G. Anderson (MN 275712)
Brian C. Gudmundson (MN 336695)
Bryce D. Riddle (MN 398019)
**ZIMMERMAN REED LLP**
1100 IDS Center,
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 641-0844
carolyn.anderson@zimmreed.com
brian.gudmundson@zimmreed.com
bryce.riddle@zimmreed.com

**ZIMMERMAN REED LLP**
Hart L. Robinovitch
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Plaintiffs' Interim Co- Lead and Liaison Counsel*

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood
Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468

mark@omaralawgroup.com
alyssa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*

**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund (#258337)
Michelle J. Lobby (#388166)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@ gustafsongluek.com

*Plaintiffs' Executive Committee Chair*

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom (MN 039445)
Anne T. Regan (MN 333852)
Nicholas S. Kuhlmann (MN 33750)
Jason Raether (MN 394857)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com
nkuhlmann@hjlawfirm.com
jraether@hjlawfirm.com

3

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Telephone: (404) 996-0869
Facsimile: (205) 326-3332
jmcdonough@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau
W. Lewis Garrison, Jr.
Christopher B. Hood
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*Plaintiffs' Executive Committee*

**HODGE & LANGLEY LAW FIRM, P.C.**
T. Ryan Langley
229 Magnolia St.
Spartanburg, SC 29306
Telephone: (864) 585-3873
Facsimile: (864) 585-6485
rlangley@hodgelawfirm.com

**FERNALD LAW GROUP LLP**
Brandon C. Fernald
6236 Laredo Street
Las Vegas, NV 89146

**OLSEN DAINES PC**
Michael Fuller, OSB No. 09357
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
michael@underdoglawyer.com

**WALSH PLLC**
Bonner C. Walsh
PO Box 7
Bly, OR 97622

| | |
|---|---|
| Telephone: (702) 410-7500 | Telephone: (541) 359-2827 |
| Facsimile: (702) 410-7520 | Facsimile: (866) 503-8206 |
| brandon.fernald@fernaldlawgroup.com | bonner@walshpllc.com |
| **ATTORNEY ALFRED M. SANCHEZ** | **GARDY & NOTIS, LLP** |
| Alfred M. Sanchez | Orin Kurtz |
| 400 Gold Ave. SW, #240 | 126 East 56th Street, 8th Floor |
| Albuquerque, NM 87102 | New York, NY 10022 |
| Telephone: (505) 242-1979 | Telephone: (212) 905-0509 |
| lawyeralfredsanchez@gmail.com | Fax: (212) 905-0508 |
| | okurtz@gardylaw.com |

*Counsel for Plaintiffs and the Proposed Class*