# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTIONS HEARING

|  |  |
|---|---|
| Re: CenturyLink Sales Practices and Securities Litigation | **COURT MINUTES**<br>BEFORE: Judge Michael J. Davis<br>U.S. District Judge |
| and | |
| Benjamin Craig, et al, | Case Nos: 17-md-2795 MJD/KMM<br>18-cv-296 MJD/KMM |
| Plaintiff, | Date: June 7, 2019<br>Courthouse: Minneapolis<br>Courtroom: 13E |
| v | Court Reporter: Lori Simpson<br>Time Commenced: 8:03 a.m. |
| CenturyLink, Inc., et al, | Time Concluded: 9:53 a.m.<br>Time in Court: 1 hour and 50 minutes |
| Defendants. | |

Hearing on:
> **(17md2795) - MOTION to Dismiss [276]**
> **(18cv296) - MOTION to Dismiss [154]**

Status Update on:
> **(17md2795) - MOTIONS to Intervene for the Limited Purposes of Moving to Compel Arbitration and Enforce Class-Action Waivers and to Join in Defendant CenturyLink, Inc.'s Motion for Temporary Stay of Discovery [80]**
> **MOTION to Compel Arbitration and Enforce Class-Action Waivers [122[**
> **MOTION to Dismiss [132]**

## APPEARANCES:

**For Plaintiffs (Securities):**
| | |
|---|---|
| Michael D. Blatchley | Bernstein Litowitz Berger & Grossmann LLP |
| Michael M Mathai | Bernstein Litowitz Berger & Grossmann LLP |
| Gregg Martin Fishbein | Lockridge Grindal Nauen PLLP |
| Keith Scott Dubanevich | Stoll Stoll Berne Lokting & Shlachter PC |
| Keil M Mueller | Stoll Stoll Berne Lokting & Shlachter PC |

**For Plaintiffs (Consumer Fraud):**
| | |
|---|---|
| Ling S. Wang | Gustafson Gluek PLLC |
| Ann T. Regan | Hellmuth & Johnson |
| Brian C Gudmundson | Zimmerman Reed, PLLP |

**For Defendants:**
    Douglas P Lobel         Cooley LLP
    Patrick E. Gibbs         Cooley LLP
    Sarah M. Lightdale      Cooley LLP
    Georgina Inglis         Cooley LLP
    William A McNab       Winthrop & Weinstine, PA

## PROCEEDINGS:

A status update was given regarding the tentative settlement of the consumer fraud portion of the case. A request to stay that portion of the case until mid-August so that negotiations can be concluded, was requested. The Court ordered that an update, signed by both partes, shall be electronically submitted every 30-45 days. Order to follow.

The motions were moved, argued and taken under advisement. Order to follow.

Date: June 7, 2019                                             <u>s/Gerri Rishel</u>
                                                                 Courtroom Deputy to Judge Michael J. Davis