July 22, 2019

*Via ECF*

The Honorable Michael J. Davis
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   **In Re: CenturyLink Sales Practices and Securities Litigation**
      **MDL No. 2795**

Dear Judge Davis:

Pursuant to the Court's Order (ECF 407), the Consumer Plaintiffs and Defendant CenturyLink, Inc. and the proposed Intervenors (jointly "CenturyLink") respectfully submit this update regarding the pending settlement of the consolidated consumer actions in MDL No. 2795, *In re CenturyLink Sales Practices and Securities Litigation*.

Since the June 7, 2019 hearing, counsel for CenturyLink have undertaken the drafting of an extensive proposed Settlement Agreement and supporting papers. The first draft is almost complete and counsel for CenturyLink will share those papers with counsel for Consumer Plaintiffs in the next few days.

Simultaneously, counsel for Consumer Plaintiffs have undertaken a review of the record and proceedings of this and other actions to develop a confirmatory discovery process. Plaintiffs served their first sets of confirmatory discovery requests on July 18, 2019 and anticipate serving a second set in the coming days. The parties have also established a bid process for the selection of a qualified claims administrator. The parties have received an opening round of bids and will select a claims administrator in the near future to assist with the development of a notice plan and other efforts.

Regarding a timeline for the presentment of a motion for preliminary approval, the parties believe they are currently on track to meet the timeframe stated to the Court at the June 7 hearing, namely, mid-August to early September.

The parties will be prepared to submit another update pursuant to the Court's Order (ECF 407) but remain available at any time should the Court have questions or desire further information.

Respectfully submitted,

| | |
|---|---|
| *s/ Brian C. Gudmundson* | *s/ Douglas P. Lobel* |
| Carolyn G. Anderson (MN 275712) | Douglas P. Lobel |
| Brian C. Gudmundson (MN 336695) | David A. Vogel |
| Bryce D. Riddle (MN 398019) | Dana Moss |
| **ZIMMERMAN REED LLP** | **COOLEY LLP** |
| 1100 IDS Center | 11951 Freedom Drive, Ste. 1500 |
| 80 South 8th Street | Reston, VA 20190-5656 |
| Minneapolis, MN 55402 | Telephone: (703) 456-8576 |
| Telephone: (612) 341-0400 | dlobel@cooley.com |
| carolyn.anderson@zimmreed.com | dvogel@cooley.com |
| brian.gudmundson@zimmreed.com | dmoss@cooley.com |
| bryce.riddle@zimmreed.com | |

**ZIMMERMAN REED LLP**
Hart L. Robinovitch
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Plaintiffs' Interim Co- Lead and Liaison Counsel*

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood
Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*

William A. McNab
**WINTHROP & WEINSTINE, PA**
225 S 6th St Ste 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Counsel for CenturyLink, Inc. and Its Subsidiaries (collectively "CenturyLink")*