UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br>17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5001, 17-5046, 18-1573, 18-1572, 18-1565, 18-1562 | **MDL No. 17-2795 (MJD/KMM)**<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for entry of an Order: (1) granting Preliminary Approval of the Settlement; (2) provisionally certifying the proposed Settlement Class; (3) conditionally appointing the proposed Class Representatives as the Settlement Class Representatives; (4) conditionally appointing the proposed Class Counsel as the Settlement Class Counsel; (5) approving the form and manner of notice, (6) ordering that notice be disseminated to the Settlement Class; (6) establishing the deadlines for Settlement Class Members to request exclusion from the Settlement Class, file objections to the Settlement, or file Claims for a Settlement Award; and (7) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based upon the record in this case as well as the: (1) Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Provisional Class Certification; (2) Declaration of Brian C. Gudmundson

In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Provisional Class Certification; (3) Declaration of Layn R. Phillips; (4) Declaration of Shannon R. Wheatman, Ph.D., on Adequacy of Notices and Proposed Notice Program; and, (4) Declaration of Tiffaney A. Janowicz in Support of Motion for Preliminary Approval of Class Action Settlement, as well as any additional materials and argument that may be presented to the Court.

Dated: October 16, 2019

Respectfully submitted,

s/ Brian C. Gudmundson
Carolyn G. Anderson (MN 275712)
Brian C. Gudmundson (MN 336695)
Bryce D. Riddle (MN 398019)
**ZIMMERMAN REED LLP**
1100 IDS Center,
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 641-0844
carolyn.anderson@zimmreed.com
brian.gudmundson@zimmreed.com
bryce.riddle@zimmreed.com

**ZIMMERMAN REED LLP**
Hart L. Robinovitch
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Plaintiffs' Interim Co- Lead and Liaison Counsel*

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood

2

Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co.  No.  28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*
**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund (#258337)
Michelle J. Lobby (#388166)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@ gustafsongluek.com

*Plaintiffs' Executive Committee Chair*

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom (MN 039445)
Anne T. Regan (MN 333852)
Nicholas S. Kuhlmann (MN 33750)
Jason Raether (MN 394857)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337

3

rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com
nkuhlmann@hjlawfirm.com
jraether@hjlawfirm.com

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Telephone: (404) 996-0869
Facsimile: (205) 326-3332
jmcdonough@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau
W. Lewis Garrison, Jr.
Christopher B. Hood
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*Plaintiffs' Executive Committee*

| | |
|---|---|
| **HODGE & LANGLEY LAW FIRM, P.C.**<br>T. Ryan Langley<br>229 Magnolia St.<br>Spartanburg, SC 29306<br>Telephone: (864) 585-3873<br>Facsimile: (864) 585-6485<br>rlangley@hodgelawfirm.com | **OLSEN DAINES PC**<br>Michael Fuller, OSB No. 09357<br>Olsen Daines PC<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, Oregon 97204<br>Telephone: (503) 201-4570<br>michael@underdoglawyer.com |

4

| | |
|---|---|
| **FERNALD LAW GROUP LLP**<br>Brandon C. Fernald<br>6236 Laredo Street<br>Las Vegas, NV 89146<br>Telephone: (702) 410-7500<br>Facsimile: (702) 410-7520<br>brandon.fernald@fernaldlawgroup.com | **WALSH PLLC**<br>Bonner C. Walsh<br>PO Box 7<br>Bly, OR 97622<br>Telephone: (541) 359-2827<br>Facsimile: (866) 503-8206<br>bonner@walshpllc.com |
| **ATTORNEY ALFRED M. SANCHEZ**<br>Alfred M. Sanchez<br>400 Gold Ave. SW, #240<br>Albuquerque, NM 87102<br>Telephone: (505) 242-1979<br>lawyeralfredsanchez@gmail.com | **GARDY & NOTIS, LLP**<br>Orin Kurtz<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>Telephone: (212) 905-0509<br>Fax: (212) 905-0508<br>okurtz@gardylaw.com |

*Counsel for Plaintiffs and the Proposed Class*