UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | |

| | | |
|---|---|---|
| 0:17-cv-02832 | 0:17-cv-04622 | **ATTORNEY GENERAL OF DELAWARE'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*** |
| 0:17-cv-04613 | 0:17-cv-04944 | |
| 0:17-cv-04615 | 0:17-cv-04945 | |
| 0:17-cv-04616 | 0:17-cv-01562 | |
| 0:17-cv-04617 | 0:17-cv-01565 | |
| 0:17-cv-04618 | 0:17-cv-01572 | |
| 0:17-cv-04619 | 0:17-cv-01573 | |

___

The Attorney General of Delaware respectfully asks the Court to allow her and other interested state attorneys general to participate as *amici curiae* in connection with CenturyLink's pending motion to enjoin the State of Minnesota, by and through its Attorney General, from continuing to litigate its state law restitution claims in state court. This Motion is based upon all files, records, and proceedings herein, including the contemporaneously filed Memorandum of Law in Support of the Attorney General of Delaware's Motion to Participate as *Amicus Curiae*.

Dated: November 15, 2019          Respectfully submitted,

                                  KATHLEEN JENNINGS
                                  Attorney General
                                  State of Delaware

2

/s/ David Weinstein
DAVID WEINSTEIN
Deputy Attorney General
Delaware Bar Id. No. 6099

Delaware Department of Justice
820 North French Street
Wilmington, DE 19801

Telephone: (302) 577-8971
Email: David.Weinstein@delaware,gov

2