UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | |
| 0:17-cv-02832    0:17-cv-04622<br>0:17-cv-04613    0:17-cv-04944<br>0:17-cv-04615    0:17-cv-04945<br>0:17-cv-04616    0:17-cv-01562<br>0:17-cv-04617    0:17-cv-01565<br>0:17-cv-04618    0:17-cv-01572<br>0:17-cv-04619    0:17-cv-01573 | **[PROPOSED] ORDER GRANTING THE ATTORNEY GENERAL OF DELAWARE'S MOTION FOR LEAVE TO PARTICIPATE AS** *AMICUS CURIAE* |

_____

On consideration of the Attorney General of Delaware's Motion for Leave to Participate as *Amicus Curiae* in the above-captioned matter, based on all files, records, and proceedings therein, and having found good cause to issue such order,

**IT IS HEREBY ORDERED** that the Attorney General of Delaware's Motion for Leave to Participate as *Amicus Curiae* is **GRANTED**.

BY THE COURT:

Dated: _____          _____
MICHAEL J. DAVIS
United States District Judge
District of Minnesota