UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: | |
| 0:17-cv-02832  0:17-cv-04622<br>0:17-cv-04613  0:17-cv-04944<br>0:17-cv-04615  0:17-cv-04945<br>0:17-cv-04616  0:17-cv-01562<br>0:17-cv-04617  0:17-cv-01565<br>0:17-cv-04618  0:17-cv-01572<br>0:17-cv-04619  0:17-cv-01573 | **LR 7.1(d) CERTIFICATE OF COMPLIANCE REGARDING MEMORANDUM OF LAW IN SUPPORT OF THE ATTORNEY GENERAL OF DELAWARE'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*** |

---

I, David Weinstein, certify that the contemporaneously-filed Memorandum of Law in support of the Attorney General of Delaware's Motion for Leave to Participate as *Amicus Curiae* complies with Local Rule 7.1(f).

I further certify that I used Microsoft Word for Office 365 in preparation of the memorandum, and that I applied the word count feature in this program to all text in the memorandum, including headings and footnotes, but excluding the caption designation and the signature block text, to obtain the word count below.

I further certify that the above-referenced Memorandum of Law contains 721 words.

Dated: November 15, 2019                    Respectfully submitted,

                                            KATHLEEN JENNINGS
                                            Attorney General
                                            State of Delaware

2

/s/ David Weinstein
DAVID WEINSTEIN
Deputy Attorney General
Delaware Bar Id. No. 6099

Delaware Department of Justice
820 North French Street
Wilmington, DE 19801

Telephone: (302) 577-8971
Email: David.Weinstein@delaware,gov

2