UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>0:17-cv-02832   0:17-cv-04622<br>0:17-cv-04613   0:17-cv-04944<br>0:17-cv-04615   0:17-cv-04945<br>0:17-cv-04616   0:18-cv-01562<br>0:17-cv-04617   0:18-cv-01565<br>0:17-cv-04618   0:18-cv-01572<br>0:17-cv-04619   0:18-cv-01573 | MDL No. 17-2795 (MJD/KMM)<br><br>**SECOND AMENDED NOTICE OF HEARING ON DEFENDANT AND INTERVENORS' MOTION FOR TEMPORARY INJUNCTION TO ENJOIN AND STAY MINNESOTA ATTORNEY GENERAL'S DUPLICATIVE CONSUMER RESTITUTION CLAIMS** |

PLEASE TAKE NOTICE that the above-titled motion will be heard by the Honorable Michael J. Davis on January 22, 2020, at a time to be determined by the Court, in courtroom 13E at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415.

Defendant CenturyLink, Inc. and Proposed Intervenors Qwest Corporation, Embarq Florida, Inc., Embarq Missouri, Inc., Carolina Telephone and Telegraph Company LLC, Central Telephone Company, CenturyTel of Idaho, Inc., CenturyTel of Larsen-Readfield, LLC, CenturyTel of Washington, Inc., CenturyTel Broadband Services, LLC, and Qwest Broadband Services, Inc., will move the Court for an Order granting a temporary injunction enjoining the Minnesota Attorney General from litigating its consumer restitution claims in the matter captioned *State of Minnesota, by its Attorney General, Keith Ellison v. CenturyTel Broadband Services, LLC*, No. 02-CV-17-34888 (Anoka Cty. Dist. Ct.), and staying the claims in the state court.

Dated: December 5, 2019

Respectfully submitted,

*/s/ Douglas P. Lobel*
Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
Dana J. Moss (VA Bar No. 80095)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
dlobel@cooley.com
dvogel@cooley.com
dmoss@cooley.com

Jeffrey M. Gutkin (CA Bar No. 216083)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
jgutkin@cooley.com

William A. McNab (MN Bar No. 320924)
David M. Aafedt (MN Bar No. 27561X)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

Jerry W. Blackwell (MN Bar No. 186867)
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500
Minneapolis, MN 55415
Tel: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com

*Attorneys for Defendant CenturyLink, Inc. and Proposed Intervenors*