# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) <br><br> **DECLARATION OF LORI ANN JOHNSON** |
| This Document Relates to: <br> 0:17-cv-02832   0:17-cv-04943 <br> 0:17-cv-04613   0:17-cv-04944 <br> 0:17-cv-04614   0:17-cv-04945 <br> 0:17-cv-04615   0:17-cv-04947 <br> 0:17-cv-04616   0:17-cv-05046 <br> 0:17-cv-04617   0:18-cv-01562 <br> 0:17-cv-04618   0:18-cv-01572 <br> 0:17-cv-04619   0:18-cv-01573 <br> 0:17-cv-04622   0:18-cv-01565 | |

I, Lori Ann Johnson, am over the age of 18, make this declaration based on my own personal knowledge, and am competent to testify to the matters contained herein if called upon to do so.

1. Since May 2019 I have been a Supervisor in CenturyLink's Customer Advocacy Research and Resolutions ("CARR") group. Before May 2019, I was a Senior Analyst in CenturyLink's Customer Advocacy Group ("CAG"). My responsibilities in both roles include investigating and responding to customer disputes, including those relating to sales and billing issues. In my new role I supervise a team handling those investigations and responses.

2. On or about March 19, 2019, I became aware of a website found at https://attorneys.centurylinkclaims.com, which appeared to be a website soliciting

CenturyLink customers to bring claims against CenturyLink for alleged billing disputes.

3. In my role as a Senior Analyst with the CAG, I called the telephone number listed on the website to investigate.

4. I spoke with a call taker who advised me that CenturyLink was involved in an overbilling scheme.

5. I asked who was handling the claims, and the call taker advised that I had contacted attorney Jeremy Troxel's "new" law firm and that Mr. Troxel's firm was working with the law firm Keller Lenkner out of Chicago.

6. I asked if CenturyLink knew about the website, and the call taker advised that CenturyLink was "very aware" and that CenturyLink had "agreed to pay a flat rate for the legal fees."

7. I understood these statements to mean that CenturyLink was behind the website and had agreed to pay these law firms to handle the claims. I then contacted our in-house legal department to find out whether this was true and learned that third-party law firms had established this website.

Dated: January 6, 2020

I hereby declare under the penalty of perjury that the foregoing is true and correct

*Lori Ann Johnson* (signature)