# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| | **DECLARATION OF ROBERT MATTHEWS** |

This Document Relates to:

| | |
|---|---|
| 0:17-cv-02832 | 0:17-cv-04943 |
| 0:17-cv-04613 | 0:17-cv-04944 |
| 0:17-cv-04614 | 0:17-cv-04945 |
| 0:17-cv-04615 | 0:17-cv-04947 |
| 0:17-cv-04616 | 0:17-cv-05046 |
| 0:17-cv-04617 | 0:18-cv-01562 |
| 0:17-cv-04618 | 0:18-cv-01572 |
| 0:17-cv-04619 | 0:18-cv-01573 |
| 0:17-cv-04622 | 0:18-cv-01565 |

I, Robert Matthews, am over the age of 18, make this declaration based on my own personal knowledge, and am competent to testify to the matters contained herein if called upon to do so.

1.      I am an Analyst II with CenturyLink's Customer Advocacy Group ("CAG"). My responsibilities include investigating and responding to customer disputes, including those relating to sales and billing issues.

2.      I am a current CenturyLink service subscriber.

3.      I am aware of attorney advertising seeking to solicit and engage CenturyLink customers to pursue arbitrations against CenturyLink for alleged overbilling claims.

4.     Specifically, I am aware of the solicitation and engagement process supported by the following website: http://attorney.centurylinkoverbillingclaims.com/sign-up.

5.     On January 6, 2020, I interacted with the forms served on that website and submitted truthful responses to those questions that required input before proceeding.

6.     The website featured a link labeled "Sign Up for a Claim to Recover Money." When I clicked on that link it led to the form shown in Exhibit 1.

7.     The form shown in Exhibit 1 asks for basic contact information and features two questions, "Did CenturyLink bill you more than they first quoted you?" and "Did CenturyLink ever bill you for services you never requested?"

8.     The form shown in Exhibit 1 also features a link in the bottom right-hand corner called "terms and conditions." That link directed me to a page listing the "terms and conditions" shown in Exhibit 2.

9.     I filled out the form shown in Exhibit 1 truthfully by selecting the appropriate drop-down options in response to the two questions, indicating that I was not overbilled for the price CenturyLink quoted me or for services I did not order.

10.     After submitting that form, I received the "thank you" message shown in Exhibit 3.

11.     Shortly after receiving the "thank you" message, I received text message from 661-219-7637, which read as follows:

2

Hi Robert,
This is Jeremy Troxel, one of the attorneys helping CenturyLink
customers get compensation. Please feel free to text or call this number
with any questions and we will get back to you as soon as possible. I also
included a link to sign your claim document as well:
troxellaw.com/2ZTwDnJ

12.     That link directed me to the "Questionnaire & Retainer Agreement" shown
in Exhibit 4.

13.     I did not fill out any of the questions shown in Exhibit 4, although some
responses were pre-filled as shown in Exhibit 4. I also did not sign the accompanying
Retainer Agreement in Exhibit 4. Further, I did not respond to the text message I received
or otherwise communicate with any attorney affiliated with this website.

Dated:  January 6, 2020                    I hereby declare under the penalty of perjury
                                           that the foregoing is true and correct

                                           Robert Matthews

3

# Exhibit 1



contracts.

# Exhibit 2

Troxel
Law LLP

Attorney Advertising

# Terms &
# Conditions of Use

IMPORTANT NOTICE: THIS WEBSITE IS FOR EDUCATIONAL AND INFORMATIONAL PURPOSES ONLY. NO ATTORNEY-CLIENT RELATIONSHIP IS FORMED BY YOUR USE OF THIS WEBSITE OR BY ANY COMMUNICATION YOU SEND OR RECEIVE THROUGH THIS SITE. THE CONTENT AND FEATURES ON THIS WEBSITE SHALL NOT BE CONSTRUED AS LEGAL ADVICE. THE CONTENT AND FEATURES OF THIS WEBSITE, INCLUDING MEANS TO SUBMIT A QUESTION OR INFORMATION, DO NOT CONSTITUTE AN OFFER TO REPRESENT YOU.

ARBITRATION NOTICE: THIS  AGREEMENT SPECIFIES THAT DISPUTES RELATED TO THIS WEBSITE WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A JURY TRIAL, A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

PLEASE READ THE FOLLOWING TERMS OF SERVICES & LEGAL NOTICES ("THIS AGREEMENT") CAREFULLY BEFORE USING THIS WEBSITE ("the Site"). The website you are visiting is owned and managed by Troxel Law, LLP, 195 Montague St., 14th Floor, Brooklyn NY, 11201. Any use of this website is subject to the complete Terms of Use, Disclaimers and Privacy Policy set forth on this page. The terms tell you about your (and our) rights under this Agreement, explain how we protect your privacy, and make certain disclosures required by the law. By using the Site, you give your assent to the terms of this Agreement. If you do not agree to these terms, you may not use the Site. Troxel Law, LLP ("We," "Us," or "Our") has the right, in our sole discretion, to modify, add or remove any terms or conditions of this Agreement without giving individual notice to you, by posting the changes on the Site. Your continuing use of the Site signifies your acceptances of any such changes.

The law differs in every jurisdiction, and you should not rely on any opinion except that of an attorney you have retained, who has a professional duty to advise you after being fully informed of all the pertinent facts, and who is licensed in the applicable state, and is familiar with the applicable law. Internet subscribers and online readers should seek professional counsel about their legal rights and remedies. You should not act or refrain from acting on the basis of any information found on this website. Any actions or decisions about your legal rights should be based on the particular facts and circumstances of your situation, and appropriate legal advice from an attorney. Troxel Law, LLP expressly disclaims all liability with respect to actions taken or not taken based upon any information or other contents of this site

## Confidentiality is Not Guaranteed

Any information sent to Troxel Law, LLP via Internet e-mail or through the website is not secure and is done on a non-confidential

basis. Troxel Law, LLP respects the privacy of any person who contacts our firm, and we will make reasonable efforts to keep information confidentially internally, but because of the nature of Internet communications and the absence of an attorney/client relationship, we cannot promise or guarantee confidentiality.

By submitting information to us, you agree that we may release your contact information and all information that may be submitted by you to law firms with whom we partner expressing an interest in possibly pursuing your potential claim(s) and you further agree and understand that such law firms may contact you directly should they have any interest in discussing your potential claim(s) with you, unless you request in writing your desire not to be contacted. By submitting information to us, you also agree that we may use your contact information to send you electronic newsletters. In no event, however, shall we be obligated to release any submitted information to law firms with whom we partner, including contact names, but rather may or may not do so at our sole discretion. Furthermore, in no event is any law firm obligated to contact you with regard to your potential claim(s), but rather may or may not do so at its sole discretion. By accepting the submission of your information, we do not offer any advice on whether you may have a legal remedy for your potential claim(s), and make no representation or guarantee that you will obtain satisfaction, justice or compensation for your potential claim(s), and we do not offer any opinion whatsoever concerning the merits of any potential claim you might have. If, after discussing your specific case with an attorney, the attorney is willing to represent you in the specific matter you have presented to them, they will send you a retainer agreement in the mail that you will need to sign and return before they can represent you in that specific matter. If either the attorneys or you do not agree in writing to create an attorney-client relationship, none will exist. In the meantime, you are encouraged to seek and retain the advice of other counsel if you intend to pursue any potential claims to avoid having your potential case barred by relevant statutes of limitation, statutes of repose, and/or other similar deadlines by which you must bring a lawsuit or lose the right to do so.

## Privacy Policy

Your personal information is subject to our Privacy Policy, which is incorporated herein by reference. Please reference our privacy policy by clicking HERE.

## Participation in the Site

You are granted a non-exclusive, non-transferable, revocable license (1) to access and use the Site strictly in accordance with these Terms and Conditions; (2) to use the Site solely for internal, personal, non-commercial purposes; and (3) to print out discrete information and search results from the Site solely for internal, personal, non-commercial purposes and provided that you maintain all copyright and other notices contained therein.

By submitting information to, reading, participating, or otherwise using the Site, you agree that you will abide by the following rules:

The Site may only be used in good faith and may not be used to transmit or otherwise make available any information that is false or that you do not have a right to make available under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements), to threaten, abuse, harass, or invade the rights of any person or entity, to infringe on any person or entity's intellectual property rights, or in any other way that could reasonably be deemed unethical, illegal, or offensive.

You may not misidentify yourself or impersonate any person or entity, or falsely state or otherwise misrepresent your affiliation with a person or entity (e.g., pretend to be a different person or from a different company or organization).

Unless you have our prior written consent, you will not post advertisements or promotional materials, solicit participants and/or visitors of the Site, reproduce, duplicate, copy, sell, resell or exploit for any commercial purposes, any portion of the Site or its Services, use of the Site or it Services, or access to the Site or its Services.

You are prohibited from using any type of computer "worm," "virus" or any other device that is intended or is likely to disrupt, overload, or otherwise impair the workings of any part of the Site. If you do engage in such conduct, the resulting damage will be hard to quantify as a dollar amount and thus you hereby agree to pay us liquidated damages in the amount of $5,000 for each day that the Site is damaged until the Site is completely repaired. This amount is derived by estimating the value of (1) the loss of good will caused by an inoperable site, (2) the time and money it will take to repair the Site and to address the concerns of visitors. We are required to use reasonable efforts to repair the Site as quickly as possible. This clause will not prohibit us from seeking additional compensation if your conduct injures us in a way not expressly contemplated herein.

You are not permitted to collect or store personal data about other users.

You are not permitted to access the Site for the purpose of data mining or extracting content from the Site beyond your personal end use.

You may not forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Site.

You agree to not harm minors in any way.

You shall not intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law.

In the event you submit information through the Site, you agree to provide true, accurate, current and complete information and agree to promptly update the information to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, and/or we have reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, we have the right to suspend or terminate your participation in the Site and/or refuse any and all current or future use of the Site or its services (or any portion thereof).

You understand and agree that all information, statistical data, text, software, music, sound, photographs, graphics, video, messages or other materials (Content), whether publicly posted or privately transmitted by you and other users of our service, are the sole responsibility of the person from which such Content originated. This means that you, and not us, are entirely responsible for all Content that you upload, post, email or otherwise transmit via the Site. We do not control all of the Content posted via the Site and, as such, do not guarantee the accuracy, integrity or quality of such Content. You understand that by using the Site, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will we be liable in any way for any Content, including, but not limited to, for any errors or omissions in any Content, or for any loss or damage of any kind incurred as a result of the use of any Content posted, emailed or otherwise transmitted via the Site.

You acknowledge that we may or may not pre-screen Content, but that we and our designees shall have the right (but not the obligation) in our sole discretion to pre-screen, refuse, or move any Content that is available via the Site. Without limiting the foregoing, we and our designees shall have the right (but not the obligation) to remove any Content that violates this agreement or is otherwise objectionable.

## Intellectual Property Rights

You acknowledge and agree that the Site and any necessary software used in connection with the Site may contain proprietary and confidential information that is protected by applicable intellectual property and other laws. Except for the limited license contained in paragraph 8 below, nothing in these Terms and Conditions grants or should be construed to grant any licenses or rights, by implication, estoppel or otherwise, under copyright or other intellectual property rights. You agree that all right, title and interest (including all copyrights, trademarks, service marks, patents and other intellectual property rights) in this Site and its content belong to us, or our licensors, as applicable. No part of the materials including graphics or logos, available in this site may be copied, photocopied, reproduced, translated or reduced to any electronic medium or machine-readable form, in whole or in part, without specific permission. Except as expressly authorized by us, you further agree not to modify, rent, lease, loan, sell, distribute or create derivative works based on the Site or the software, in whole or in part.

## Information Not Intended to be Medical Advice

The content provided on this site, such as documents, text, graphics, images, videos, or other materials, are for informational purposes only. The information is not intended to be a substitute for professional medical advice, diagnosis, or treatment. Always consult a physician for diagnosis and treatment of any medical condition or for any questions you may have regarding a health concern. Never disregard professional medical advice or delay in seeking it because of something you have read or seen on this site. Links to other sites are provided for information only. Use of trade names is for identification only and does not constitute endorsement by the Us.

# We Are Not Responsible for Content

We may periodically make changes or improvements to the material in this website without notice. This material may contain technical or typographical errors. We assume no liability or responsibility for any errors or omissions in the contents of this website. Your use of this website is at your own risk. Under no circumstances shall We or any other party involved in the creation, production or delivery of this website be liable to you or any other person for any indirect, special, incidental, or consequential damages of any kind arising from your access to, or use of, this website.

IN NO EVENT SHALL WE BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES RELATING TO THIS MATERIAL, FOR ANY USE OF THIS WEBSITE, OR FOR ANY OTHER LINKED WEBSITE.

## Third Party Websites

This website may contain links to third party websites for the convenience of our users. We do not endorse any of these third party sites and does not imply any association between Us and those sites, other than as specifically set forth herein. We do not control these third party websites and cannot represent that their policies and practices will be consistent with these Terms of Use, Disclaimers and Privacy Policy. If you use links to access and use such websites, you do so at your own risk. We are not responsible for the content or availability of any linked sites. These links are provided only as a convenience to the recipient.

## Relationship Among Lawyers

Troxel Law, LLP lawyers are licensed to practice law only within the state of New York, but we associate on certain types of cases with lawyers licensed or otherwise admitted to practice law throughout the United States (the "Attorney Group"). Attorneys and law firms associated by Troxel Law, LLP are determined by Troxel Law, LLP, in the professional judgment of its principal, to be experienced in and qualified to handle the litigation matters for which they are associated.

Initial consultations on a particular matter are provided free of cost, and upon agreement with the potential client and in the sole discretion of Troxel Law, LLP.  Troxel Law, LLP will enter into a contract for legal services with the potential client which describes in writing the fee charged for a particular engagement, as well as other terms of the representation, including disclosure that other attorneys or law firms may be associated to participate in the representation. If known, the identity of any affiliated attorney or law firm that will have a role in the representation will be included in the contract. Otherwise, in the event that counsel is associated on a particular matter, the client will be informed and any consent required by applicable rules of professional conduct will be obtained.

All matters are handled on a contingency fee basis, meaning that a client pays no fees or costs unless a recovery is obtained on the client's behalf, unless otherwise requested by You and agreed to by Troxel Law, LLP. Fees paid in the event of a recovery are a percentage of the total recovery, as agreed to with the client prior to undertaking the representation and as set forth in the contract for legal services, and are intended to be in accordance with standards in the legal services industry and, where applicable, state rules of professional responsibility. Costs incurred in the representation are deducted from the client's portion of any recovery but are not required to be paid out of pocket by the client. If there is no recovery, the client will not be responsible for any cost incurred in the representation (unless expressly agreed to by the client prior to the cost being incurred). The use of affiliated attorneys or law firms does not increase the fee, although other factors may increase the fee.

Inquiries made through this website are typically responded to by Troxel Law, LLP. We reserve the right to not respond to inquiries on this website and may, at its discretion, direct inquiries to other attorneys or law firms without an initial response. In such instances, Troxel Law, LLP makes no representation regarding the ability of the responding attorney to represent the potential client in accordance with applicable standards of care. Troxel Law LLP may or may not decide to associate as counsel on such cases.

Telephone calls made or received by Troxel Law, LLP regarding an inquiry made through this website may be recorded for record-keeping, training and quality-assurance purposes.

The laws of each state are different. This website may contain information about general or common rules that apply in some states. This website may also contain information about verdicts or settlements in past cases. You cannot assume that the same rules apply, or that the same result would occur, in your state or any particular state or case.

Statutes of limitations are especially important. Every state has laws called the "statute of limitations" which set a deadline to file a lawsuit. A lawsuit filed too late may be thrown out, regardless of the defendant's fault or the severity of the injuries. Some states

have a three-year period for negligence injury claims; the time period in other states may be longer or shorter. Because investigation and research is needed to identify all possible defendants and theories of recovery, if you have an accident or injury, you should consult a lawyer as soon as possible.

## Legal and Ethical Requirements

Troxel Law, LLP has tried to comply with all legal and ethical requirements in compiling this website. We welcome comments about our compliance with applicable rules and will update the site as warranted, upon learning of any new or different requirements. We only want to represent clients based on their review of this website if it complies with all legal or ethical requirements.

To the extent that the professional responsibility rules of any jurisdiction require us to designate a principal office or an attorney responsible for this website, Troxel Law, LLP designates its office in Troxel Law, LLP, 195 Montague St., 14th Floor, Brooklyn NY, 11201, and attorney Jeremy Troxel.

## Honors, Accolades and Recognition

To the extent that any display of honors, accolades and recognition made on this website are considered attorney advertising, no aspect of such advertisement has been approved or sanctioned by the supreme courts or accrediting organizations of any state. The inclusion of an honor, accolade or recognition is not intended to compare the services of Troxel Law, LLP or its attorneys with any other attorney or law firm, nor is it intended to create an expectation of results that can be obtained in a particular matter. Any honor, accolade or recognition that uses the term "super," "best," "superior," "leading," "top-rated," or the like, only means that the attorney has been included in a list containing that term. It is not intended to convey any superlative ability of the attorney recognized.

The websites of the organizations conferring the honor, accolade or recognition may be linked to from the badge or logo displayed on this website, and you are encouraged to visit those websites to learn more about the process by which the Troxel Law, LLP attorney was selected. Where the logo of a publication is listed as featuring Troxel Law, LLP or one of its attorneys, you are encouraged to perform an author search or other type of search on that website for the information communicated by or about Troxel Law, LLP or the Troxel Law, LLP attorney on that website. Alternatively, information about honors, accolades and recognition can be provided upon request.

## Disclosures Regarding Attorney Advertising

Some jurisdictions may consider the Site to be a form of advertising for legal services and as such may require specific disclosures. Please read the following carefully:

THIS IS AN ADVERTISEMENT. The determination of the need for legal services and the choice of a lawyer are extremely important decisions and should not be based solely upon advertisements. Anyone considering a lawyer should independently investigate the lawyer's credentials and ability, and not rely upon advertisements or self-proclaimed expertise. Hiring a lawyer is an important process that should not be based solely upon advertisements.

The attorney responsible for the content of this Site is Jeremy Troxel, of Troxel Law, LLP, Troxel Law, LLP, 195 Montague St., 14th Floor, Brooklyn NY, 11201. The member attorneys of Troxel Law, LLP are licensed to practice law only in New York.

Troxel Law, LLP does not operate as a lawyer-advertising cooperative, lawyer referral service, prepaid legal insurance provider, or similar organization the business or activities of which include the referral of customers, members, or beneficiaries to lawyers for the performance of fee-generating legal services or the payment for or provision of legal services to the customers, members, or beneficiaries in matters for which they do not bear ultimate responsibility. While Troxel Law, LLP maintains joint responsibility for and participates in cases obtained as a result of advertising on the Site, such cases may be referred to other attorneys for principal responsibility and participation.

**FREE BACKGROUND INFORMATION AVAILABLE UPON REQUEST**

Before you decide to hire Troxel Law, LLP, ask them to send you free written information about their qualifications and experience. Additional information about the lawyers or firms may also be obtained by contacting the Bar Association in the State in which such lawyers or law firms are licensed. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers. Memberships and offices in legal fraternities and legal societies, technical and professional licenses, and memberships in scientific, technical and professional associations and societies of law or fields of practice do not mean that a lawyer is a specialist, expert, authority or is certified in a particular field of law, nor do such memberships or licenses mean that such a lawyer is more expert or competent than any other lawyer.

A description or indication of limitation of practice does not mean that any agency or board has certified such lawyer as a specialist, expert or authority in an indicated field of law practice, nor does it mean that such lawyer is more expert or competent than any other lawyer. We urge all potential clients to make their own independent investigation and evaluation of any lawyer being considered.

Except where otherwise indicated, neither Troxel Law, LLP nor any of the lawyers or law firms in the Attorney Group are certified by the Florida Bar Board of Legal Specialization and Education, the Texas Board of Legal Specialization ("Not Certified by the Texas Board of Legal Specialization"), or any other entity or body. The fact that certain attorneys or firms concentrate their practices to plaintiffs' class actions, labor & employment, or consumer claims (or any other field) is not meant to imply that they have gained any specific type of certification in these areas. Indeed, many states do not recognize certifications of specialties in the practice of law and explicitly state that any such certificate, award or recognition is not a requirement to practice law in those states.

Because some material on this website may be found to constitute attorney advertising, and because this website may be viewed from anywhere in the United States, particular disclosures may be required by the rules of some states. To the extent applicable, the Companies adopt and make the following disclosures:

**Alabama**: No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

**Alaska**: The Alaska Bar Association does not accredit or endorse certifying organizations.

**Arizona**: ATTORNEY ADVERTISING. No representation is made promising or guaranteeing a particular outcome or result. Any attorneys claiming certification in an area of law are certified by the Arizona Board of Legal Specialization.

**Colorado**: Colorado does not certify attorneys as specialists in any field.

**Florida**: The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience.

**Hawai'i**: The Supreme Court of Hawai'i grants Hawai'i certification only to lawyers in good standing who have successfully completed a specialty program accredited by the American Bar Association.

**Illinois**: The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice law in Illinois.

**Iowa**: The determination of the need for legal services and the choice of a lawyer are extremely important decisions and should not be based solely upon advertisements or self-proclaimed expertise. This disclosure is required by rule of the Supreme Court of Iowa.

NOTICE TO THE PUBLIC: Memberships and offices in legal fraternities and legal societies, technical and professional licenses, and memberships in scientific, technical and professional associations and societies of law or field of practice do not mean that a lawyer is a specialist or expert in a field of law, nor do they mean that such a lawyer is necessarily any more expert or competent than any other lawyer. All potential clients are urged to make their own independent investigation and evaluation of any lawyer being considered. This notice is required by rule of the Supreme Court of Iowa.

**Kentucky and Oregon**: THIS IS AN ADVERTISEMENT.

**Massachusetts**: If a Massachusetts lawyer holds himself or herself out as "certified" in a particular service, field or area of law by a non-governmental body, the certifying organization is a private organization, whose standards for certification are not regulated by the Commonwealth of Massachusetts.

**Mississippi**: The Mississippi Supreme Court advises that a decision on legal services is important and should not be based solely on advertisements.

**Missouri**: ADVERTISING MATERIAL: COMMERCIAL SOLICITATIONS ARE PERMITTED BY THE MISSOURI RULES OF PROFESSIONAL CONDUCT BUT ARE NEITHER SUBMITTED TO NOR APPROVED BY THE MISSOURI BAR OR THE SUPREME COURT OF MISSOURI. Neither the Supreme Court of Missouri nor the Missouri Bar reviews or approves certifying organizations or specialist designations.

**Nevada**: Neither the state bar of Nevada nor any agency of the State Bar has certified any lawyer identified here as a specialist or as an expert. Anyone considering a lawyer should independently investigate the lawyer's credentials and ability.

**New Jersey**: ATTORNEY ADVERTISEMENT — NOT A REFERRAL SERVICE. Before making your choice of an attorney, you should give this matter careful thought. The selection of an attorney is an important decision. Any certification as a specialist, or any certification in a field of practice, that does not state that such certification has been granted by the Supreme Court of New Jersey or by an organization that has been approved by the American Bar Association, indicates that the certifying organization has not been approved, or has been denied approval, by the Supreme Court of New Jersey and the American Bar Association.

**New Mexico**: LAWYER ADVERTISEMENT. Any certification by an organization other than the New Mexico Board of Legal Specialization does not constitute recognition by the New Mexico Board of Legal Specialization, unless the lawyer is also recognized by the board as a specialist in that area of law.

**New York**: ATTORNEY ADVERTISING. Prior results do not guarantee a similar outcome.

**Rhode Island**: The Rhode Island Supreme Court licenses all lawyers in the general practice of law. The court does not license or certify any lawyer as an expert or specialist in any field of practice.

**Tennessee**: None of the attorneys in this firm are certified as a Civil Trial, Criminal Trial, Business Bankruptcy, Consumer Bankruptcy, Creditor's Rights, Medical Malpractice, Legal Malpractice, Accounting Malpractice, Estate Planning or Elder Law specialist by the Tennessee Commission on Continuing Legal Education and Specialization. Certification as a specialist in all other listed areas is not currently available in Tennessee.

**Texas**: Unless otherwise stated, our attorneys claiming certification in an area of law are not certified by the Texas Board of Legal Specialization.

**Washington**: The Supreme Court of Washington does not recognize certification of specialties in the practice of law and that the certificate, award, or recognition is not a requirement to practice law in the State of Washington.

**Wyoming**: The Wyoming State Bar does not certify any lawyer as a specialist or expert. Anyone considering a lawyer should independently investigate the lawyer's credentials and ability, and not rely upon advertisements or self-proclaimed expertise.

Except on pages containing information about a particular attorney or as otherwise noted, individuals depicted in photographs on this website are not affiliated with the Us in any capacity, and their depiction is not intended in any way to create an unreasonable expectation of results that might be obtained in a particular case. Such individuals are actors, and they are depicted in stock photographs that have been properly licensed by Us. Any user is prohibited from downloading photographs on this website for any reason other than for personal use, including but not limited to retransmitting, reproducing or otherwise engaging in unauthorized use of the photographs.

The material on this site is not intended to, and does not, include any advertisements for legal services that contain dramatizations, testimonials or endorsements. This site is intended to provide useful, factual information presented in a non-sensational, objective and understandable manner. The images and pictures on this site are not meant to represent or depict actual persons or events, but rather are merely provided for illustrative purposes only.

This Site is not intended for the purpose of advertising legal services to be performed in any state solely by Troxel Law, LLP or other attorney members of the Attorney Group, unless they are specifically licensed to practice in that respective State.

To the extent that this Site does not comply with the laws or regulations of any jurisdiction in which it may be received, Troxel Law, LLP does not wish to, and will not knowingly, accept legal representation based on or resulting from the use of the Site from a person located in that jurisdiction. Troxel Law, LLP, does not wish to, and will not knowingly, accept legal representation based on or resulting from the use of the Site from a person located outside the United States.

# Website Comment Policy

While not all pages or posts on this website will be open to comments, comments are otherwise welcomed and encouraged. However, comments containing the following may be edited or deleted, at our sole discretion: Spam or questionable spam; profane, derogatory or defamatory language; offensive language or concepts; attacks either on a person individually or the Companies. Users submitting comments that violate this comment policy may be banned from further commenting on this website.

Whether a page or post is open to comments is in our sole discretion. We reserve the right, without notice, to pre-approve, edit or delete any comments for any reason.

A posted comment should not be deemed to have been approved or endorsed Us, and We take no responsibility for the content of a posted comment. If you believe a posted comment is defamatory to you or others, constitutes speech not protected under law, or is in violation of this comment policy, you are encouraged to contact Us in the manner provided for on this page to express your concern.

This comment policy is subject to change at any time, with or without notice to the users of the website.

## Governing Laws in Case of Dispute; Jurisdiction, Binding Arbitration

These Terms of Use and Disclaimers shall be governed by and construed in accordance with the laws of the State of New York without regard to any choice of law principles.

In the event of any dispute, controversy, or claim between us (or our respective heirs, successors, assigns, or affiliates) arising out of, relating to, or in connection with your use of this Site and/or the relationship between you and us (a "dispute"), you and we waive the right to seek remedies in court, including the right to a jury trial, and agree to submit said dispute exclusively to binding individual arbitration conducted by a single arbitrator subject to the rules of the American Arbitration Association ("AAA"). The arbitrator shall not have the authority to decide any claims as a class, collective, or representative action. The seat of the arbitration will be in New York, New York unless AAA determines that this location will impose undue hardship, in which case the location will be set by AAA. The parties will share the expense of arbitration equally, except that if you represent that this would impose an undue hardship, you will initially be responsible only for a filing fee equal to the amount that would be necessary to file your claim in court. In that event, we will advance the remaining fees and expenses on your behalf and the arbitrator will determine any additional amount you can pay without sustaining undue hardship. Threshold issues of arbitrability shall be decided by the arbitrator, including the scope of this agreement and whether a controversy or claim arises out of or relates to your engagement of us.

## Disclaimer of Warranties

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

YOUR USE OF THE SITE IS AT YOUR SOLE RISK. ALL CONTENT AND SERVICES ON THE SITE IS PROVIDED SOLELY ON AN "AS-IS/AS-AVAILABLE" BASIS. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WE EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR USE AND NON-INFRINGEMENT. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, WE MAKE NO REPRESENTATION OR WARRANTY THAT (i) THE CONTENT AND SERVICE OF THIS SITE WILL MEET YOUR REQUIREMENTS, (ii) THE CONTENT AND SERVICE OF THIS SITE WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE WILL BE ACCURATE OR RELIABLE, OR (iv) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SITE IS ACCURATE OR WILL MEET YOUR EXPECTATIONS.

WE DO NOT GUARANTY THE ACCURACY OR COMPLETENESS OF ANY CONTENTOR SERVICES AND WE DO NOT GUARANTY IN ANY SERVICES OR GOODS ASSOCIATED WITH THE SITE WILL BE ERROR-FREE OR UNINTERRUPTED, OR THAT ANY SERVICE OR GOOD WILL CONTINUE TO BE AVAILABLE.

ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

NO INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH OR FROM THE SITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THIS AGREEMENT.

# Limitation of Liability

## Exclusions and Limitations

THE ABOVE EXCLUSIONS OF WARRANTIES AND LIMITATIONS OR EXCLUSIONS OF LIABILITY APPLY TO THE EXTENT PERMITTED BY APPLICABLE LAW.

## Entire Agreement

This agreement constitutes the entire agreement between you and us and governs your use of the Site, superseding any prior agreements between you and us. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other services, affiliate services, third-party content or third-party software.

The section titles in this agreement are for convenience only and have no legal or contractual effect.

## Waiver and Severability Terms

Our failure to exercise or enforce any right or provision of this agreement shall not constitute a waiver of such right or provision. If any provision of the agreement is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the agreement shall remain in full force and effect.

## Statute of Limitation

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this Site, this agreement and/or the relationship between you and us must be filed within one (1) year after such claim or cause of action arose or be forever barred.

## Attorney Ethics Notice

If you are an attorney participating in any aspect of this Site, you acknowledge that rules of professional conduct apply to all aspects of your participation and that you will abide by such rules. The rules include, but are not limited to, the rules relating to advertising, solicitation of clients, unauthorized practice of law, and misrepresentations of fact. We disclaim all responsibility for your compliance with these rules.

## Nature of Investigations and Allegations

This Site may describe companies that are currently being investigated by private attorneys or have been subject to lawsuits or other allegations of misconduct by the companies. The fact that these companies are being investigated or have been subject to lawsuits or allegations of misconduct does not mean to state or imply that they have in fact committed any illegal or improper act.

# YOUR CALIFORNIA PRIVACY RIGHTS

A business subject to California Civil Code Section 1798.83 is required to disclose to its California customers, upon request, the identity of any third parties to whom it has disclosed personal information within the previous calendar year for the third parties' direct marketing purposes, along with the type of personal information disclosed.

If you are a California resident and would like to make such a request, please submit your request in writing to info@TroxelLaw.com

# PRIVACY POLICY

Troxel Law, LLP is committed to protecting your privacy. Please read the following Privacy Policy to understand how your personal information will be treated as you use this website. When you use this website, you consent to the use of your personal information by the companies in the manner specified in this Privacy Policy. This policy may change periodically, so please check back from time to time. The date of the last update to this Privacy Policy was April 28, 2019. By using this site, you agree to the terms of this policy. Any changes will be effective immediately upon the posting of the revised Privacy Policy unless otherwise specified and your continued use of the this website after the effective date of the revised Privacy Policy will constitute your consent to those changes.

Note: If you are under 18 years old or reside in a country other than the United States of America, you may not use this site.

## Information We Collect Automatically

As with most websites, if you visit our website to browse, read, or download information:

Your web browser automatically sends us (and we may retain) information such as the:

Internet domain through which you access the Internet (e.g., yourServiceProvider.com if you use a commercial Internet service provider, or yourSchool.edu if you use an Internet account from your school);

Internet Protocol address of the computer you are using;

Type of browser software and operating system you are using;

Date and time you access our site; and

The Internet address of the site from which you linked directly to our site.

We will use this information as aggregate data to help us maintain this site, e.g., to determine the number of visitors to different sections of our site, to ensure the site is working properly, and to help us make our site more accessible and useful.

We will not use this information to identify individuals, except for site security, to follow up with you directly regarding the subjects addressed on this Site, or law enforcement purposes.

We will not obtain personally identifying information about you when you visit our site, unless you choose to provide such information.

## Other Information We Collect

If you choose to identify yourself (or otherwise provide us with personal information) when you use our online forms:

We will collect (and may retain) any personally identifying information, such as your name, street address, email address, and phone number, and any other information you provide. We will use this information to try to fulfill your request and may use it provide you with additional information at a later time. We will not disclose such information to third parties, except as specified in this privacy policy.

If you request information, services, or assistance, we may disclose your personal information to those third parties, including affiliated counsel, who (in our judgment) are appropriate in order to fulfill your request. If, when you provide us with such

information, you specify that you do not want us to disclose the information to third parties, we will honor your request. Note, however, that if you do not provide such information, it may be impossible for us to refer, respond to or fulfill your request.

If your communication relates to a law enforcement matter, we may disclose the information to law enforcement agencies that we deem appropriate.

If you wish to request or provide changes to the personal information you have provided to us, please send an email with "Personal Information Request Change" in the subject line to info@TroxelLaw.com

## How Long We Keep Information
We may keep information that we collect for as long as we determine is reasonably necessary.

## How We Protect Your Information
**How we protect your information:** We only disclose personally identifiable information about individual users in accordance with this Privacy Policy and our Terms and Conditions, or when we have a good-faith belief that such action is necessary to comply with applicable laws, valid legal process, a court order, a current judicial proceeding, or to protect our rights or property. We also disclose personally identifiable individual information and the other information you provide us to lawyers or law firms with whom we are affiliated and who are interested in determining whether your submission could form the basis of a lawsuit or entitle you to relief under a pending lawsuit. Such lawyers or law firms agree to keep your information confidential and agree not to share it with any third party without your express permission. We may also provide aggregate statistical information (such as the city or state you live in) to third parties to describe our services to prospective partners, advertisers, and other third parties, and for other lawful purposes. We will not, however, disclose any personally identifiable information to these parties.

Please keep in mind that whenever you voluntarily disclose personal information online – for example on message boards, through e-mail, or in chat areas – that information can be collected and used by others. We do not, however, include any personally identifiable information on our message boards unless you specifically include it in the content of your posting. If you are an attorney submitting information, we will not disclose any information to any third party without your express permission.

## Security
Please note that electronic communication, particularly email, is not necessarily secure against interception. Please do not send sensitive data (e.g., Social Security, bank account, or credit card numbers) by email or web form.

## Cookies
We may use cookies in order to customize this site for return visitors. These cookies are not required for site functionality. Additionally, third-party widgets may install cookies depending on their configuration. You are not required to accept any cookies to use this site.

## Google Analytics
We may use a tool called "Google Analytics" to collect information about use of this site. Google Analytics collects information such as how often users visit this site, what pages they visit when they do so, and what other sites they used prior to coming to this site. We use the information we get from Google Analytics only to improve this site. Google Analytics collects only the IP address assigned to you on the date you visit this site, rather than your name or other identifying information. We do not use Google Analytics to collect personally identifiable information. Although Google Analytics plants a permanent cookie on your web browser to identify you as a unique user the next time you visit this site, the cookie cannot be used by anyone but Google. Google's ability to use and share information collected by Google Analytics about your visits to this site is restricted by the Google Analytics Terms of Use and the Google Privacy Policy. You can prevent Google Analytics from recognizing you on return visits to this site by disabling cookies on your browser.

## Express Written Consent to Receive Text Messages and Automated Calls
You provide us and our designees and agents your express permission and authorization to send text messages and automated calls to the number or numbers you provide to us or our agents during the intake process and thereafter. You represent that you are the

subscriber of those numbers and have the authority to give such consent. By executing this agreement, you authorize us to deliver or cause to be delivered to you telemarketing calls using an automatic telephone dialing system or an artificial or prerecorded voice. You may revoke this consent at any time while speaking to us or our agents, by sending an email with "TCPA Consent Revocation" in the subject line to info@TroxelLaw.com, or by mail sent to Troxel Law, LLP, 195 Montague St., 14th Floor, Brooklyn, NY 11201. You further understand that you are not required to consent to receipt of calls or text messages containing an artificial or prerecorded voice or sent using an automatic telephone dialing system in order to engage Troxel Law, LLP as your attorney.

## How We Respond to "Do Not Track Signals

Note that your browser settings may allow you to automatically transmit a "Do Not Track" signal to websites and online services you visit. Troxel Law's websites honor when they receive a "Do Not Track" request from a visitor's browser.

## Other Privacy Matters

Information From Children: The Companies do not direct their websites to children under thirteen (13) years of age. Individuals under eighteen (18) should not use this website.

Monitoring, Enforcement, and Legal Requests: The Companies are not obligated to monitor this website or its use, or to retain the content of any user session. However, the Companies reserve the right at all times to monitor, review, retain, and/or disclose any information as necessary to satisfy any applicable law, regulation, legal process, or governmental request, or to cooperate with law enforcement and other authorities in investigating a claim of illegal activity. We may use IP addresses to identify a user when we feel it is necessary to protect our service, website, clients, potential clients, or others.

Other Websites: Except as otherwise expressly discussed in this Privacy Policy, this policy only addresses the Companies' use and disclosure of information we collect from you. To the extent that you disclose personal information to other websites, you are subject to the privacy customs and policies of those other sites. We encourage you to ask questions before you disclose any personal information.

Transmission Errors or Unauthorized Acts: No data transmission over the Internet can be guaranteed to be 100 percent secure. While we strive to protect your personal information, the Companies cannot ensure or warrant the security of any information you transmit to us or any information provided online, and you do so at your own risk. The Companies will not be liable for disclosures of your personal information due to errors in transmission or unauthorized acts of third parties. Once we receive your transmission, we will do our best to ensure its security on our systems by making reasonable efforts to protect the information.

Security: Any information provided to the Companies is treated with care and discretion. The Companies will take a proactive approach to ensure the information is kept private and is not misused.

## Questions About Website Privacy Policy

We pursue a full-disclosure approach to responsibly care for the information you have entrusted with us, and we depend on information sharing as our principal means to best serve you. We will continually monitor feedback and seek to improve our services to meet your needs. If you have any questions about this Privacy Policy or the practices of this website, or if you would like to provide comments, please contact us using our online forms, by telephone at (312) 356-3200, by email info@TroxelLaw.com or by regular mail at Troxel Law, LLP, 195 Montague St., 14th Floor, Brooklyn NY, 11201.

# CLIENT PRIVACY POLICY

Privacy Policy Notice. We value our clients' privacy and attempt to protect the confidentiality of the personal information clients have given us to the extent practicable. Under federal law, attorneys, like other professionals who advise clients on personal financial matters, are required to inform their clients of their policies regarding privacy of client information. In addition to the document security measures described above, we are bound by professional standards of confidentiality found in Rule 1.6 of the New York Rules of Professional Conduct, which are even more stringent than those required by federal law. Non-lawyer assistants

we engage to assist us on matters, and who work under our supervision, are likewise bound and, as noted above, are required to review, confirm their understanding of, and adhere to our office's policies regarding ethics, confidentiality and privilege.

In the course of providing our clients advice concerning income and other taxes, estate and personal financial planning, employment questions and personal debt issues, we may receive significant nonpublic personal financial information from our clients. All information that we receive from you is held in confidence, and is not released to people outside of our supervision, except as agreed to by you, or as required under an applicable law or under the New York Rules of Professional Conduct.

We retain records relating to professional services that we provide so that we are better able to assist you with your personal needs and, in some cases, to comply with professional guidelines. In order to guard your privacy, we restrict access to nonpublic personal information about only to those who need to know that information to provide services to you or on your behalf.

Troxel Law, LLP

195 Montague St., 14th Floor, Brooklyn, NY 11201.

Phone: (312) 356-3200 Email: info@TroxelLaw.com

YOU EXPRESSLY UNDERSTAND AND AGREE THAT WE SHALL NOT BE LIABLE FOR ANY, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF REVENUES, PROFITS, GOODWILL, USE, DATA, FAILURE TO REALIZE EXPECTED SAVINGS, OR OTHER INTANGIBLE LOSSES (EVEN IF WE HAVE BEEN ADVISED OF THEPOSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (i) THE USE OR THE INABILITY TO USE THE SITE; (ii) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SITE; (iii) INVALID DESTINATIONS, TRANSMISSION ERRORS, OR UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (iv) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SITE; (v) YOUR FAILURE TO RECEIVE ANY THIRD PARTY SERVICES OR PRODUCTS REQUESTED THROUGH THE SITE OR (vi) ANY OTHER MATTER RELATING TO THE SITE. IN NO EVENT ARE WE LIABLE TO YOU FOR AN AMOUNT IN EXCESS OF THE AMOUNT PAID BY YOU TO US FOR THE SERVICES IN QUESTION, IF ANY.

# Exhibit 3

Thank you for signing up, we have sent your claim agreement to  your email.

If you have any questions, please contact us at: attorneys@centurylinkclaims.com or feel free to call (800) 597-9765

# Exhibit 4

Troxel
Law LLP

Keller | Lenkner

## CenturyLink Overbilling Compensation Claims

Dear Robert

Thank you for the opportunity to represent you in getting compensation for CenturyLink's overbilling practices. We take this responsibility seriously and will do our best to help you receive fair compensation.

The following documents are a questionnaire and our representation agreement. This agreement explains the scope of the work we will do as your attorneys.

If you have any questions or experience any difficulties completing this document, feel free to email us at: attorneys@centurylinkclaims.com. Or you can call our office at (800) 597-9765.

Best regards,

Jeremy Troxel
Founding Partner
Troxel Law, LLP
Jeremy@centurylinkclaims.com

---

About Your Legal Team-

Keller Lenkner LLC – Keller Lenkner is a law firm located in Chicago that represents consumers, employees, investors, and other plaintiffs in complex litigation across the country. You can learn more at www.kellerlenkner.com.

Troxel Law LLP – Troxel Law and its founder Jeremy Troxel represent injured consumers, employees, patients and other plaintiffs all over the United States. Troxel Law is currently building out its website. You can learn more about Jeremy at the website of his other law firm, Troxel, Krauss & Chapman, located at tkclaw.com.

Troxel
Law LLP

Keller | Lenkner

## CenturyLink Overbilling Compensation Questions

**To help us with your claim, please answer the below questions to the best of your ability. Once you have completed everything a copy will be sent to your email.**

Overbilling  Questions

What was the monthly price you were quoted when you signed up for service with CenturyLink?

$

On average, what was your actual monthly bill after you signed up?

$

Did you wind up paying that higher price?

Yes

Was any of this increase based on extra services you requested after signing up?

No

How much?

$

For how many months did you pay the higher price?

When was the last time that you paid the higher price?

Did CenturyLink place a negative report on your credit because of the overcharges?

Yes

Customer  Service Questions

Did you complain to CenturyLink about these overcharges?

Yes

Did CenturyLink refund your money?

No

DocuSign Envelope ID: 8D08423B-4D94-445A-89B9-9E5EC4CE5A7A

Informational  Questions

**The answers to these questions are essential because they allow us to keep in touch with you and, eventually, will allow CenturyLink to find your account records and determine how much they owe you.**

What is your date of birth?

What is your current address?

Street:

City:

States:                          Zip:

What is the name associated with your CenturyLink account?

What is the phone number associated with your CenturyLink account?

Was the address associated with your CenturyLink account the same as your current address?
 Yes
What is the address associated with your CenturyLink account?

Street:

City:

States:                          Zip:

Have you previously consulted with or hired another lawyer to bring a legal claim against CenturyLink?
 No

Please review the answers to the questions above. When you are done, please press the "Confirm" button below.

## CenturyLink Compensation Claims
## Retainer Agreement

This agreement is between you, the client, on the one hand, and, on the other, Keller Lenkner LLC and Troxel Law LLP, the attorneys or us.

### 1. Scope of Representation

We will represent you to the best of our ability and comply with all professional standards of competence and integrity.

We agree to represent you in investigating and, if appropriate in the attorneys' opinion, filing an individual arbitration asserting consumer fraud and/or related claims against CenturyLink, Inc. and, if appropriate, its subsidiaries or affiliates (collectively, the "Company").

The attorneys shall have no obligation to represent you in any other matter, and no obligation to handle any appeal of any decision in this matter. If we think it will help reach a successful resolution of your claims, we may also pursue resolution of your claims outside of or before initiating arbitration, including in court.

### 2. Attorneys' Fees

You will not owe the attorneys anything unless we are successful in collecting a recovery, payment to you, or settlement for your claim.

You have the right to accept or reject any settlement offer made to you.

Under no circumstances will the attorneys collect an unreasonably large fee.

If your case does not result in a recovery to you, then the attorneys will collect no fee and you will owe nothing. If your case results in a recovery to you, then you will still not have to pay any costs or fees out of your own pocket, but the attorneys will collect a fee from the Company as follows:

If your case resolves before the commencement of an arbitration or court case in which you are a named party, then the attorneys will collect a flat-fee of $750 in exchange for preparing your claim for filing, making a demand of the Company, and negotiating the resolution. "Commencement" means, for an arbitration, the payment of all filing fees and the appointment of an arbitrator. For a court case, it means the filing of the case with a court. You will never have to pay these fees and costs out of your own pocket. If you win your claim, the law requires the Company to pay you these fees and costs in addition to the damages and penalties the Company owes you. The attorneys will collect these fees from the Company as part of any award or settlement and deduct them from the total recovery as their fee. You will be entitled to retain the full recovery net of this fee. You agree that $750 is a reasonable fee reflective of the time, effort, expense, and skill the attorneys will put into your case to get it to the point of pre-commencement resolution.

If your case resolves after commencement, then the attorneys will collect a lodestar-based reasonable attorney's fee and recover their litigation costs from the Company under any applicable fee-shifting law. Again, the attorneys will collect this fee from the Company, not from you. "Lodestar" means the amount of money that results when you multiply the attorneys' hourly rates by the number of hours the attorneys' spend on your case. You authorize the attorneys to pursue this fee by asking any court or arbitrator for it and you agree that it will belong to the attorneys.

You acknowledge that this fee is negotiable and is the result of an arm's length transaction between you and the attorneys.

You grant the attorneys a lien to secure payment of the fees and expenses described by this agreement.

Even though you will pay nothing unless you recover, some states' laws require that we disclose to you our regular hourly rates. The hourly rates for the attorneys and other billing professional staff who may work on your case range from $100 for junior paralegal staff to $950 per hour for senior partners. The attorneys reserve the right to update these rates on 60-days written notice to you.

The attorneys will divide any fee recovered between them, with 10% going to Troxel Law LLP and the rest to Keller Lenkner LLC.

## 3. Direction to Settle at Full Value

The attorneys will work to get you the maximum amount allowed under the law. By signing this Agreement, you instruct the attorneys to, without further direction or authorization from you, accept a "full-value" settlement offer. A full-value settlement offer is any settlement offer made to you by the Company that:

- pays to you an amount equal to or more than the amount of any overpayments you made to paid to the Company in the past 36 months. Based on the information you provided, this amount is $
- requires you to release only those claims against the Company related to its billing practices; and
- requires you to keep the terms of the settlement confidential, meaning that you will not disclose them except to your immediate family, lawyers, and tax or financial professionals.

You may revoke or change this instruction by sending an email with your new instructions to centurylinkclaims@klclientservices.com. If you do not revoke or change this instruction and we accept, on your behalf, a qualifying settlement, then we will execute the necessary paperwork on your behalf and direct payment to the address we have on file for you.

## 4. Client's Duties

a. Contact Information – You agree to inform the attorneys by email to centurylinkclaims@klclientservices.com if you change your address, phone number, or email address. You agree to do so within two weeks of the change.

b. Participation in Discovery – You may be required to locate and produce documents, answer written questions, or appear at a time and place to answer questions under oath. You agree to make yourself available to do these things on reasonable notice.

c. Participation in Hearing or Trial – You agree to make yourself available to participate in a hearing or trial on your claims on reasonable notice.

d. Document Preservation – You must not destroy, delete, or discard documents and other information sources in your possession that are relevant to your potential claims. This includes physical, paper documents and electronic documents like email or social media posts, whether on a computer, phone, or other device.

You agree and acknowledge that your failure to fulfill any of these duties is grounds for the attorneys to stop representing you.

## 5. Third-Party Liens

Certain third parties may have, or may assert in the future, liens on any recovery you might obtain. You recognize and understand that any liens must be resolved before we can distribute to you your portion of any recovery. You acknowledge that we may engage a company that specializes in resolving these types of liens, and that any fee paid to such company will be treated as an expense under this Agreement. Lien resolution could reduce or eliminate your recovery. If any liens on the proceeds of this matter are asserted, you authorize us to hold in trust any funds we reasonably believe are or may be subject to any liens, until such liens are resolved and released.

## 6. Attorneys' Right to Withdraw

You acknowledge that the attorneys have the right to stop representing you at any time if, in their professional judgment and consistent with their ethical responsibilities, they come to believe that your potential claims are unlikely to result in a recovery for any reason, including, but not limited to, the Company's inability to pay.

## 7. Client's Right to Terminate Attorneys

You may terminate attorneys at any time by written notice by email to centurylinkclaims@klclientservices.com. If you do, you agree that the attorneys are entitled to a reasonable fee and reimbursement of costs for the work performed prior to termination.

## 8. Potential Conflicts

The attorneys intend to represent many clients with claims like yours. At this time, your interests and the interests of other clients align. We know of no conflicts of interest that would have an adverse impact on our representation of you. It is, however, possible that conflicts may arise in the future, including:

We discover that there is a limited pool of assets from which recovery is reasonably likely (for example, an insurance policy), and those assets are insufficient to pay all of our clients the full value of their claims.

A defendant offers an aggregate or "lump sum" settlement to all of our clients that does not specify the amount each client will receive.

A defendant offers to settle, but only if a certain percentage, or even all, of our clients accept the proposed settlement.

We may also be required by the applicable rules of professional conduct to share material information about your claims and negotiating position with our other clients with similar claims. While we will try to avoid these issues if it is practical to do so, they might occur. If any conflict of interest affecting you does arise, we will inform you promptly and work with you on how best to proceed in accordance with the applicable rules of professional conduct.

## 9. No Guarantee

You acknowledge that the attorneys have not and will not provide any guarantee about the outcome of your claims.

## 10. Association of Counsel

You acknowledge that the attorneys may associate with other counsel to assist with your potential claims and you authorize us to do so on written notice to you. We will pay for associated counsel without passing the expense on to you.

## 11. Entire Agreement and Choice of Law

This Agreement contains the entire agreement of the parties. It cannot be modified or canceled except in writing signed by all parties. This Agreement will be construed in accordance with the laws of Illinois notwithstanding choice of law rules.

## 12. Arbitration

In the event of any dispute, controversy, or claim between us (or our respective heirs, successors, assigns, or affiliates) arising out of, relating to, or in connection with your engagement of us (any of the foregoing, a "dispute"), you and we waive the right to seek remedies in court, including the right to a jury trial, and agree to submit said dispute exclusively to binding individual arbitration conducted by a single arbitrator subject to the rules of the American Arbitration Association ("AAA"). The arbitrator shall not have the authority to decide any claims as a class, collective, or representative action. The seat of the arbitration will be in Chicago, Illinois unless AAA determines that this location will impose undue hardship, in which case the location will be set by AAA. The parties will share the expense of arbitration equally, except that if you represent that this would impose an undue hardship, you will initially be responsible only for a filing fee equal to the amount that would be necessary to file your claim in court. In that event, the attorneys will advance the remaining fees and expenses on your behalf and the arbitrator will determine any additional amount you can pay without sustaining undue hardship. Threshold issues of arbitrability shall be decided by the arbitrator, including the scope of this agreement and whether a controversy or claim arises out of or relates to your engagement of us.

You are not required to agree to the above paragraph for us to represent you. If you do not want the above paragraph to apply, simply let us know within 90 days of signing this agreement by sending an email to centurylinkclaims@klclientservices.com indicating that you do not want the arbitration provision of this agreement to apply. The above paragraph does not apply if it is prohibited by the applicable attorney ethics rules.

## 13. Power of Attorney

Consistent with the attorney ethics rules and other requirements for powers of attorney, you grant us the power of attorney to execute all documents connected with your claims.

## 14. No Tax or Benefit Advice

You acknowledge and agree that the attorneys cannot and will not provide legal advice regarding the tax and government benefit implications of you receiving any settlement or sum of money.

## 15. Express Written Consent to Send Text Messages and Make Automated Calls

You provide us and our designees and agents your express permission and authorization to send text messages to the number or numbers you provide to us or our agents during the intake process and thereafter. You represent that you are the subscriber of those numbers and have the authority to give such consent. By executing this agreement, you authorize us to deliver or cause to be delivered to you telemarketing calls using an automatic telephone dialing system or an artificial or prerecorded voice.

You are not required to provide us this authorization for us to represent you. If you do not wish to receive text messages, please let us know within 90 days of signing this agreement by sending an email to centurylinkclaims@klclientservices.com indicating that you do not wish to receive text messages.

## 16. Other Law Firms

You represent to us that you have not signed an agreement with another law firm to pursue any claims against the Company for you and that you do not recall signing such an agreement. To the extent you did and you do not remember, by signing this agreement, you are exercising your right to terminate any prior agreement with any other law firm in connection with your claims against the Company. You authorize the attorneys to communicate with any other firm about all issues related to any claims you have against the Company, and you agree that by signing this agreement, you are instructing any other firm to discuss your Company claims only with us and not you.

## 17. Authority to Sign

You represent that you have read and understood this agreement and have authority to sign it.

** ** **

We look forward to working to get you fair compensation.

Date:

By: _____

# Declaration in Support of Application for Waiver of Fees – California Consumers

In consumer arbitrations in California, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees.

NAME OF CONSUMER: _____

ADDRESS:_____

_____

GROSS MONTHLY INCOME: _____

NUMBER OF PERSONS IN HOUSEHOLD: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on _____, at _____, California.

_____

Signature of Consumer