# Exhibit R

| | |
|---|---|
| **From:** | Nick Larry <nl@kellerlenkner.com> |
| **Sent:** | Thursday, November 21, 2019 4:10 PM |
| **To:** | Williams, Michael; Youngman, Judith; Unthank, Andrew |
| **Cc:** | Warren Postman; Ashley Keller |
| **Subject:** | Keller Lenkner Demands for Arbitration Against CenturyLink |

**External Email**

Michael,

Keller Lenkner LLC is filing demands for individual arbitration on behalf of 1,000 clients who were overcharged by CenturyLink. At this link, you will find (i) each Claimant's Demand for Arbitration, which describes the nature of each Claimant's claims and the relief sought, and (ii) the applicable CenturyLink arbitration agreement. We will send the password for the Dropbox folder under separate cover.

Please confirm that you are representing CenturyLink in this matter and that you accept service of these demands on the Company's behalf.

Thank you in advance for your prompt attention to this matter.

Regards,
Nick Larry


--
**Nick Larry**
Associate

**Keller | Lenkner**
150 N. Riverside Plaza, Suite 4270 | Chicago, IL 60606
312.948.8472 | Website | Email

1