# Exhibit X



P.O. Box 19609
Johnston, RI 02919

January 9, 2020

Nick Larry, Esq.
Keller Lenkner LLC
150 North Riverside Plaza, Suite 4270
Chicago, IL 60606
Via Email to: nl@kellerlenkner.com

Michael T. Williams, Esq.
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
Via Email to: williams@wtotrial.com

Case Number: 01-19-0004-2309
Eileen Simmons
-vs-
CenturyLink, Inc.

Dear Counsel:

In response to our administrative call on December 12, 2019, we received and reviewed comments from the parties regarding CenturyLink's (Respondent) request to stay administration of these files. Respondent's comments are dated December 13, 30, and 31, 2019 and Claimants' replies are dated December 27 and 31, 2019.

In order for a party to invoke rule R-1(f) of the Consumer Arbitration Rules, all filing requirements, including payment of the filing fees from both parties, must be met.  At this time, these filing requirements have not been met so administration of these cases has not commenced.

Upon review of the parties' arbitration agreement and the claims of the Claimants, we have calculated that Claimants' filing fees total $159,575.00. If either party believes this calculation is in error, please advise us before the due date. Accordingly, we request that Claimants submit payment for their portion of the initial administrative filing fees on or before January 30, 2020.

We calculate Respondent's initial filing fees as $340,425.00. A due date will be set upon receipt of Claimants' filing fees.

Sincerely,

Adam Shoneck
Assistant Vice President
Direct Dial: (401)431-4798
Email: shonecka@adr.org
Fax: (866)644-0234

cc:   Ashley Keller, Esq.
      Warren D. Postman, Esq.