# Exhibit Y

| | |
|---|---|
| **From:** | Williams, Michael |
| **Sent:** | Thursday, January 9, 2020 9:25 PM |
| **To:** | Ashley Keller; Warren Postman |
| **Cc:** | Nick Larry; Unthank, Andrew; Youngman, Judith |
| **Subject:** | CenturyLink |
| **Attachments:** | CenturyLink Notice of Termination and Revocation (1-9-20).PDF |

Dear Ashley and Warren:

Attached is a termination and revocation notice from CenturyLink to your clients. Please forward this notice to the more than 22,000 individuals you claim to represent, as reflected in the spreadsheets you sent us. If you prefer that CenturyLink send this notice directly to your clients, please let us know that and also provide an updated list of your clients and their contact information, if that information has changed since you sent it to us.

Despite CenturyLink's termination of the Arbitration Agreements, and despite your repeated refusal to fairly and substantively engage with CenturyLink pre-arbitration, CenturyLink remains willing to resolve your clients' claims, without litigation and without any added cost to your clients, based on the merits of each claim as contemplated by their agreements with CenturyLink. If you or your clients are interested in this option, please let me know and we can discuss arrangements to accommodate your clients. Otherwise, CenturyLink stands ready to resolve all of its customers claims through the proposed class settlement in *In re CenturyLink Sales Practices and Securities Litigation*, MDL No. 17-2795 (MJD/KMM) (D. Minn.), or in small claims court.

Thank you,
Mike


**Michael T. Williams**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1867 | F 303.244.1879
[williams@wtotrial.com](mailto:williams@wtotrial.com) | [wtotrial.com](http://wtotrial.com) | vCard



1



January 9, 2020

All Current and Former CenturyLink Customers
Identified as Keller Lenkner LLC's Clients
c/o Ashley C. Keller and Warren Postman
Keller Lenkner LLC
Email:  ack@kellerlenkner.com
         wdp@kellerlenkner.com

Re:   Revocation and Termination of Arbitration Agreement

Dear CenturyLink Customer:

      Ashley Keller and Warren Postman of the law firm Keller Lenkner LLC have represented to CenturyLink that you and more than 22,000 individuals have retained Keller Lenkner to "simultaneously" pursue arbitration claims against CenturyLink. In November 2019, Keller Lenkner submitted arbitration demands on behalf of 1,000 of its purported 22,000 clients. As CenturyLink informed your attorneys in letters dated June 12, July 10, and October 8, 2019, as well as in communications on December 12-13, 2019, Keller Lenkner's communications and actions on your behalf violate your arbitration agreement with CenturyLink ("Arbitration Agreement"), to the extent that you actually subscribed to a service that was covered by an Arbitration Agreement.[1] Nonetheless, your attorneys have made clear that they and you do not intend to honor the Arbitration Agreement, and they have declined to do so on your behalf.

      Your and your attorneys' conduct—including refusing to engage in individualized, pre-arbitration resolution discussions, demanding a consolidated resolution on behalf of *all* of Keller Lenkner's 22,000 clients, simultaneously filing mass arbitrations with artificially inflated damages claims, and threatening to simultaneously file thousands of additional mass arbitrations—breaches the Arbitration Agreement's dispute-resolution provisions. Your and your attorneys' conduct also violates the anti-class-action or anti-collective-action clause of your contract with CenturyLink, as applicable. Your refusal to retract and cure the contract violations and repudiations have destroyed the value of the Arbitration Agreement, deprived CenturyLink of a fair opportunity to evaluate and resolve your claim before arbitration, and wasted enormous amounts of CenturyLink time and resources.

      This letter is to advise you that you are in material breach of your Arbitration Agreement. To mitigate further damage, CenturyLink is revoking and terminating your Arbitration Agreement effective immediately. If you are a current CenturyLink customer, your services and subscriber agreements (apart from your Arbitration Agreement) will remain in effect. CenturyLink reserves all rights and remedies under your applicable contracts.

---

[1] This letter uses "CenturyLink" to refer to multiple CenturyLink entities. Depending on your circumstances, including the specific service(s) ordered and period of service, you may not have an Arbitration Agreement.

January 9, 2020
Page 2

      CenturyLink remains willing to resolve your claim in a good-faith manner without arbitration.

Sincerely,

*Stephanie Polk*

Stephanie Polk
Vice President Customer Advocacy, CenturyLink
100 CenturyLink Dr.
Monroe, Louisiana 71203