UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to<br>  0:17-cv-02832  0:17-cv-04943<br>  0:17-cv-04613  0:17-cv-04944<br>  0:17-cv-04614  0:17-cv-04945<br>  0:17-cv-04615  0:17-cv-04947<br>  0:17-cv-04616  0:17-cv-05046<br>  0:17-cv-04617  0:18-cv-01562<br>  0:17-cv-04618  0:18-cv-01572<br>  0:17-cv-04619  0:18-cv-01573<br>  0:17-cv-04622  0:18-cv-01565 | LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT REGARDING DEFENDANT AND INTERVENORS' SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION |

I, Andrew M. Unthank, counsel for Defendant CenturyLink, Inc. and the Proposed Intervenors (collectively, "CenturyLink") certify that in accordance with D. Minn. L.R. 7.1(a), I conferred with Brian Gudmundson, counsel for Plaintiffs, on January 6, 2020, and discussed CenturyLink's Supplemental Brief in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Provisional Class Certification. As a result of the meet-and-confer, Plaintiffs' counsel stated that Plaintiffs do not oppose the filing of CenturyLink's Supplemental Brief, which seeks relief Plaintiffs already requested in their Motion for Preliminary Approval (ECF 466).

Dated:  January 10, 2020

Respectfully submitted,

*s/ Andrew M. Unthank*
Carolyn J. Fairless (CO Bar No. 30214)
Andrew M. Unthank (CO Bar No. 36832)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   fairless@wtotrial.com;
        unthank@wtotrial.com

Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
Cooley LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
Email:   dlobel@cooley.com
        dvogel@cooley.com

Martin S. Schenker (CA Bar No. 109828)
Jeffrey M. Gutkin (CA Bar No. 216083)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
Email:   mschenker@cooley.com
        jgutkin@cooley.com

William A. McNab (MN Bar No. 320924)
David M. Aafedt (MN Bar No. 27561X)
Winthrop & Weinstine, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

Email: wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CenturyLink, Inc. and Intervenors Qwest Corporation, Embarq Florida, Inc., Embarq Missouri, Inc., Carolina Telephone and Telegraph Company LLC, Central Telephone Company, CenturyTel of Idaho, Inc., CenturyTel of Larsen-Readfield, LLC, CenturyTel of Washington, Inc., CenturyTel Broadband Services, LLC, and Qwest Broadband Services, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on January 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to electronically by the parties listed on the Court's Service List.

*s/ Claudia L. Jones*