

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | Diana E. Murphy U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

# TRANSMITTAL OF APPEAL

Date:   February 10, 2020

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Kayla Schnierle, U.S. District Court-Minnesota, St. Paul

In Re:  District Court Case No.:  17-md-2795 MJD/KMM
Eighth Circuit Case No.:  Not Yet Assigned
Case Title:  In Re: CenturyLink Sales Practices and Securities Litigation

The statutory filing fee has:
☒ been paid, receipt number: BMNDC-7464908
☐ not been paid as of
   IFP   ☐ is   ☐ is not pending
☐ been waived because:
   ☐ Application for IFP granted      ☐ USA filed appeal


Length of Trial:  N/A  days


Was a court reporter utilized?   ☒ Yes   ☐ No
If yes, please identify the court reporter:
Name:  Renee Rogge, Kristine Mousseau, Maria Weinbeck, Lori Simpson
Address:

Phone:  (612) 664-5000

Name:  Staci Heichert
Email:  courtreportercoordinator@mnd.uscourts.gov