UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re: CenturyLink Sales Practices and Securities Litigation**<br><br>This document relates to:<br><br>17-2832, 17-4613, 17-4614,<br>17-4615, 17-4616, 17-4617,<br>17-4618, 17-4619, 17-4622,<br>17-4943, 17-4944, 17-4945,<br>17-4947, 17-5046, 18-1562,<br>18-1572, 18-1565, 18-1573 | **MDL No. 17-2795 (MJD/KMM)** |

# MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR STAY PENDING APPEAL

Pursuant to Local Rule 7.1(b)(3), the Movants Edwin Miller, Vonita Taylor, and Patrick West, respectfully move for leave to file a reply memorandum in further support of their motion for stay pending appeal. As grounds, Movants state:

1.  Movants filed a motion for stay pending appeal on February 11, 2020 on the grounds that the preliminary-approval order of January 24, 2020 (1) violates section 2 of the Federal Arbitration Act and (2) violates the Due Process Clause.

2.  On February 18, 2020, CenturyLink filed a response opposing the stay.

3.  Movants respectfully submit that the proposed reply will assist the Court in resolving the motion before the Court. Further, the parties will not be prejudiced by the filing of a reply. The hearing on the Movants' Motion for Stay

1

Pending Appeal is on February 20, 2020 at 2:00 CST, which affords the parties adequate time to review and consider its content given the expedited nature of this motion.

For the foregoing reasons, Movants respectfully request that the Court grant is motion for leave to file the attached Reply Brief.

                                        Respectfully submitted.

Dated: February 19, 2020         /s/ Jared D. Shepherd
                                        Jared D. Shepherd
                                        Hoff Barry, P.A.
                                        100 Prairie Center Drive, Suite 200
                                        Eden Prairie, Minnesota 55344
                                        (952) 941-9220 (phone)
                                        (952) 941-7968 (fax)
                                        jshepherd@hoffbarry.com

                                        Ashley C. Keller
                                        Warren D. Postman
                                        Keller Lenkner LLC
                                        150 N. Riverside Plaza, Suite 4270
                                        Chicago, Illinois 60606
                                        (312) 741-5220 (phone)
                                        (312) 971-3502 (fax)
                                        ack@kellerlenkner.com
                                        wdp@kellerlenkner.com

                                        *Counsel for Movants Edwin Miller,*
                                        *Vonita Taylor, and Patrick West*