UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br>17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5001, 17-5046, 18-1573, 18-1572, 18-1565, 18-1562 | MDL No. 17-2795 (MJD/KMM)<br><br>**NOTICE OF APPEARANCE OF MICHAEL J. LAIRD** |

The undersigned attorney hereby notifies the Court and counsel that Michael J. Laird, shall appear as counsel of record for Plaintiffs' Class Representatives, the Class, and all Subclasses of CenturyLink's residential and business customers in this case.

Dated: February 21, 2020            Respectfully submitted,

**ZIMMERMAN REED LLP**

 *s/ Michael J. Laird*
Michael J. Laird (MN 398436)
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 641-0844
michael.laird@zimmreed.com