# Exhibit 2

CASE 0:17-md-02795-MJD-KMM   Document 599-2   Filed 03/06/20   Page 1 of 3

# Keller | Lenkner

May 14, 2019

CenturyLink
Attn: Legal Department
931 14th Street, 9th Floor
Denver, CO 80202

VIA CERTIFIED MAIL – SIGNATURE REQUIRED

Re:   Arbitration Demands

To Whom It May Concern:

More than 9,000 individuals have retained Keller Lenkner LLC to pursue claims against CenturyLink, Inc. and its subsidiaries (collectively, "CenturyLink") for consumer fraud. As required by the applicable service agreements, we are prepared to serve individual demands for arbitration on behalf of each client with the American Arbitration Association ("AAA"). A list of our clients is enclosed for your reference.

The consumer-protection statutes of several states, as well as the arbitration agremeents between CenturyLink and our clients, call for claimants to provide prefiling notice of their claims. This letter serves as that notice, together with the enclosed draft arbitration demands.

Relatedly, although CenturyLink's service contracts require individual arbitration, we understand that individual arbitration is expensive. As you know, the applicable arbitration agreements generally obligate CenturyLink to pay all costs of arbtitration beyond a $125 filing fee paid by the consumer. Under AAA's Consumer Arbitration Fee Schedule, AAA requires filing and case management fees totaling $1,900 for each individual arbitration, as well as $1,500 in arbitrator compensation for a desk arbitration or $2,500 in arbitrator compensation for a hearing arbitration (plus a $500 hearing fee).

If we determine that it is necessary to proceed to arbitration, we believe it is in our clients' interests to proceed with every arbitration simultaneously. Proceeding to arbitration would obligate CenturyLink to pay AAA more than $30 million in initial fees and costs—to say nothing of CenturyLink's own attorneys' fees and its underlying liability, which we believe is substantial. These numbers will continue to grow as additional CenturyLink users engage our firm every day.

Before we serve demands on AAA that will trigger CenturyLink's obligation to pay the costs outlined above, and consistent with the notice-and-demand process established by the laws of some states, it would be sensible for the parties to explore whether we can agree on an alternative process for resolving our clients' claims.

//

# Keller | Lenkner

Please let me know if there is a convenient time between now and May 25, 2019, when you or a member of your legal team is available for a discussion regarding next steps. Feel free to contact me by email at ack@kellerlenkner.com

Thank you in advance for your prompt attention to this matter.

Sincerely,

*[signature]*

Ashley Keller

Enclosures