# Exhibit 3

**AMERICAN ARBITRATION ASSOCIATION**®

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| | |
|---|---|
| 1. Which party is sending in the filing documents? *(check one)* ☒ Consumer ☐ Business | |
| 2. Briefly explain the dispute:<br>Claimant Keisha Covington has subscribed to CenturyLink's internet services. Despite being quoted $45.00 per month, Claimant was in fact charged $78.00 per month for 48 months. Claimant contacted CenturyLink customer service regarding these excessive charges, but CenturyLink never refunded the amounts owed to Claimant.<br><br>At the time Claimant contracted with CenturyLink, Claimant did not know and could not have known that CenturyLink would overbill Claimant and impose excessive and unauthorized monthly charges. Claimant suffered monetary losses as a direct result of CenturyLink's misconduct, and accordingly brings claims for common-law fraud, unjust enrichment, and for violations of Colo. Rev. Stat. § 6-1-105 et seq. and Iowa Code § 714H.3 et seq. | |
| 3. Specify the amount of money in dispute, if any: $15,840.00 | |
| 4. State any other relief you are seeking:<br>☒ Attorney Fees ☒ Interest ☒ Arbitration Costs ☒ Other; explain: punitive damages and injunctive relief | |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held:<br>City: Cedar Rapids State: Iowa | |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. | |

**Consumer:**

Name: Keisha Covington

Address: 3000 J St SW Apt 406

| City: Cedar Rapids | State: Iowa | Zip Code: 52404 |
|---|---|---|
| Telephone: (319) 929-1126 | Fax: | |

Email Address: keisharae86@gmail.com

CenturyLink Account Number: 3193652425

**Consumer's Representative (if known):**

Name: Ashley C. Keller

Firm: Keller Lenkner LLC

Address: 150 N. Riverside Plaza, Suite 4270

| City: Chicago | State: Illinois | Zip Code: 60606 |
|---|---|---|
| Telephone: 312.741.5222 | Fax: | |

Email Address: ack@kellerlenkner.com

**Business:**

Name: CenturyLink, Inc.

Address: 931 14th St., 9th Floor

---

**American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
https://www.adr.org | AAA Customer Service 1-800-778-7879**



**AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| City: Denver | State: Colorado | Zip Code: 80202 |
|---|---|---|
| Telephone: | Fax: | |

| Email Address: |
|---|

| **Business' Representative (if known):** |
|---|
| Name: Michael T. Williams |
| Firm: Wheeler Trigg O'Donnell LLP |
| Address: 370 17th St., Suite 4500 |

| City: Denver | State: Colorado | Zip Code: 80202 |
|---|---|---|
| Telephone: 303.244.1867 | Fax: 303.244.1879 | |

| Email Address: williams@wtotrial.com |
|---|
| Date: November 21, 2019 |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

**AMERICAN ARBITRATION ASSOCIATION**®

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| | |
|---|---|
| 1. Which party is sending in the filing documents? *(check one)*  ☒ Consumer  ☐ Business | |
| 2. Briefly explain the dispute:<br>Claimant Daniel Sokey has subscribed to CenturyLink's internet services.  Despite being quoted $19.99 per month, Claimant was in fact charged $60.00 per month for 72 months.  Claimant contacted CenturyLink customer service regarding these excessive charges at least 4 times, but CenturyLink never refunded the amounts owed to Claimant.<br><br>At the time Claimant contracted with CenturyLink, Claimant did not know and could not have known that CenturyLink would overbill Claimant and impose excessive and unauthorized monthly charges. Claimant suffered monetary losses as a direct result of CenturyLink's misconduct, and accordingly brings claims for common-law fraud, unjust enrichment, and for violations of Colo. Rev. Stat. § 6-1-105 et seq. and N.M. Stat. Ann. § 57-12-3 | |
| 3. Specify the amount of money in dispute, if any: $28,807.20 | |
| 4. State any other relief you are seeking:<br><br>☒ Attorney Fees ☒ Interest ☒ Arbitration Costs ☒ Other; explain: punitive damages and injunctive relief | |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held: | |
| City: Albuquerque | State: New Mexico |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. | |

**Consumer:**

| | | |
|---|---|---|
| Name: Daniel Sokey | | |
| Address: 320 Roma Ave NE Apt 24 | | |
| City: Albuquerque | State: New Mexico | Zip Code: 87102 |
| Telephone: (505) 303-2531 | Fax: | |
| Email Address: dasnot3589@aol.com | | |
| CenturyLink Account Number: 505-243-0930 415 | | |

**Consumer's Representative (if known):**

| | | |
|---|---|---|
| Name: Ashley C. Keller | | |
| Firm: Keller Lenkner LLC | | |
| Address: 150 N. Riverside Plaza, Suite 4270 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Telephone: 312.741.5222 | Fax: | |
| Email Address: ack@kellerlenkner.com | | |

**Business:**

| |
|---|
| Name: CenturyLink, Inc. |
| Address: 931 14th St., 9th Floor |

**American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
https://www.adr.org | AAA Customer Service  1-800-778-7879**



**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| City: Denver | State: Colorado | Zip Code: 80202 |
|---|---|---|
| Telephone: | Fax: | |

| Email Address: |
|---|

| **Business' Representative (if known):** |
|---|
| Name: Michael T. Williams |
| Firm: Wheeler Trigg O'Donnell LLP |
| Address: 370 17th St., Suite 4500 |

| City: Denver | State: Colorado | Zip Code: 80202 |
|---|---|---|
| Telephone: 303.244.1867 | Fax: 303.244.1879 | |

| Email Address: williams@wtotrial.com |
|---|
| Date: November 21, 2019 |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

> Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

**AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| |
|---|
| 1. Which party is sending in the filing documents? *(check one)* ☒ Consumer ☐ Business |
| 2. Briefly explain the dispute:<br>Claimant Tiffany Van Riper has subscribed to CenturyLink's cable and internet services. Despite being quoted $125.00 per month, Claimant was in fact charged $170.00 per month for 36 months. Claimant contacted CenturyLink customer service regarding these excessive charges at least 2 times, but CenturyLink never refunded the amounts owed to Claimant. Worse still, when Claimant attempted to cancel service, on at least 2 occasions CenturyLink's customer service representative threatened to impose an excessive early termination fee.<br><br>At the time Claimant contracted with CenturyLink, Claimant did not know and could not have known that CenturyLink would overbill Claimant and impose excessive and unauthorized monthly charges. Claimant suffered monetary losses as a direct result of CenturyLink's misconduct, and accordingly brings claims for common-law fraud, unjust enrichment, and for violations of Colo. Rev. Stat. § 6-1-105 et seq. and Iowa Code § 714H.3 et seq. |
| 3. Specify the amount of money in dispute, if any: $16,200.00 |
| 4. State any other relief you are seeking:<br>☒ Attorney Fees ☒ Interest ☒ Arbitration Costs ☒ Other; explain: punitive damages and injunctive relief |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held:<br>City: Waverly    State: Iowa |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. |
| **Consumer:** |
| Name: Tiffany Van Riper |
| Address: 1201 5th Ave SE |

| City: Waverly | State: Iowa | Zip Code: 50677 |
|---|---|---|
| Telephone: (319) 433-5678 | Fax: | |

| |
|---|
| Email Address: tiffany.vanriper@gmail.com |
| CenturyLink Account Number: 319-233-5258 042 |
| **Consumer's Representative (if known):** |
| Name: Ashley C. Keller |
| Firm: Keller Lenkner LLC |
| Address: 150 N. Riverside Plaza, Suite 4270 |

| City: Chicago | State: Illinois | Zip Code: 60606 |
|---|---|---|
| Telephone: 312.741.5222 | Fax: | |

| |
|---|
| Email Address: ack@kellerlenkner.com |
| **Business:** |
| Name: CenturyLink, Inc. |



**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| | | |
|---|---|---|
| Address: 931 14th St., 9th Floor | | |
| City: Denver | State: Colorado | Zip Code: 80202 |
| Telephone: | Fax: | |
| Email Address: | | |

| | | |
|---|---|---|
| **Business' Representative (if known):** | | |
| Name: Michael T. Williams | | |
| Firm: Wheeler Trigg O'Donnell LLP | | |
| Address: 370 17th St., Suite 4500 | | |
| City: Denver | State: Colorado | Zip Code: 80202 |
| Telephone: 303.244.1867 | Fax: 303.244.1879 | |
| Email Address: williams@wtotrial.com | | |
| Date: November 21, 2019 | | |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

**AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| |
|---|
| 1. Which party is sending in the filing documents? *(check one)* ☒ Consumer ☐ Business |
| 2. Briefly explain the dispute:<br>Claimant James Watkins has subscribed to CenturyLink's internet services. Despite being quoted $60.00 per month, Claimant was in fact charged $130.00 per month for 36 months. As a result of these charges, CenturyLink placed negative entries on Claimant's credit report. Claimant contacted CenturyLink customer service regarding these excessive charges at least 4 times, but CenturyLink never refunded the amounts owed to Claimant. Worse still, when Claimant attempted to cancel service, on at least 2 occasions CenturyLink's customer service representative threatened to impose an excessive early termination fee.<br><br>At the time Claimant contracted with CenturyLink, Claimant did not know and could not have known that CenturyLink would overbill Claimant and impose excessive and unauthorized monthly charges. Claimant suffered monetary losses as a direct result of CenturyLink's misconduct, and accordingly brings claims for common-law fraud, unjust enrichment, and for violations of Colo. Rev. Stat. § 6-1-105 et seq. and Ala. Code § 8-19-5 et seq. |
| 3. Specify the amount of money in dispute, if any: $25,200.00 |
| 4. State any other relief you are seeking:<br><br>☒ Attorney Fees ☒ Interest ☒ Arbitration Costs ☒ Other; explain: punitive damages and injunctive relief |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held:<br>City: Notasulga  State: Alabama |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. |
| **Consumer:** |
| Name: James Watkins |
| Address: 1306 Hardwich St |
| City: Notasulga  State: Alabama  Zip Code: 36078 |
| Telephone: (334) 415-8511  Fax: |
| Email Address: watkins1515@yahoo.com |
| CenturyLink Account Number: 441952630 |
| **Consumer's Representative (if known):** |
| Name: Ashley C. Keller |
| Firm: Keller Lenkner LLC |
| Address: 150 N. Riverside Plaza, Suite 4270 |
| City: Chicago  State: Illinois  Zip Code: 60606 |
| Telephone: 312.741.5222  Fax: |
| Email Address: ack@kellerlenkner.com |
| **Business:** |
| Name: CenturyLink, Inc. |

**American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043**
**https://www.adr.org | AAA Customer Service 1-800-778-7879**

CASE 0:17-md-02795-MJD-KMM   Document 599-3   Filed 03/06/20   Page 9 of 9



**AMERICAN ARBITRATION ASSOCIATION**®

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| | | |
|---|---|---|
| Address: 931 14th St., 9th Floor | | |
| City: Denver | State: Colorado | Zip Code: 80202 |
| Telephone: | Fax: | |
| Email Address: | | |

| | | |
|---|---|---|
| **Business' Representative (if known):** | | |
| Name: Michael T. Williams | | |
| Firm: Wheeler Trigg O'Donnell LLP | | |
| Address: 370 17th St., Suite 4500 | | |
| City: Denver | State: Colorado | Zip Code: 80202 |
| Telephone: 303.244.1867 | Fax: 303.244.1879 | |
| Email Address: williams@wtotrial.com | | |
| Date: November 21, 2019 | | |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

**American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043**
https://www.adr.org | AAA Customer Service  1-800-778-7879