UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>0:17-cv-02832   0:17-cv-04943<br>0:17-cv-04613   0:17-cv-04944<br>0:17-cv-04614   0:17-cv-04945<br>0:17-cv-04615   0:17-cv-04947<br>0:17-cv-04616   0:17-cv-05046<br>0:17-cv-04617   0:18-cv-01562<br>0:17-cv-04618   0:18-cv-01565<br>0:17-cv-04619   0:18-cv-01572<br>0:17-cv-04622   0:18-cv-01573 | MDL No. 17-2795 (MJD/KMM)<br><br>**DEFENDANT CENTURYLINK, INC.'S MOTION TO ENFORCE PRELIMINARY APPROVAL ORDER** |

Defendant CenturyLink, Inc. ("CenturyLink"), through undersigned counsel, hereby moves this Court to enforce its Preliminary Approval Order (ECF No. 528) and Mem. and Order (ECF No. 569), which ordered class members to comply with Settlement Agreement § 6.2 in submitting opt outs. The Mass Opt Out submitted by Keller Lenkner LLC (ECF No. 631) does not comply with requirements § 6.2.1.2 or 6.2.1.5 because it lacks individual signatures from class members and lacks account numbers or identification numbers. CenturyLink further requests that the Court resolve CenturyLink's Motion to Disqualify Counsel and Require Corrective Notice (ECF No. 634) before considering any opt outs from Keller's clients.

This Motion is based upon all the files, records, and proceedings in this matter, including the memorandum of law and all declarations and exhibits thereto that will be filed and served in accordance with Local Rule 7.1, and the arguments of counsel.

Dated:  April 16, 2020 Respectfully submitted,

*/s/ Douglas P. Lobel*
Douglas P. Lobel (VA Bar No. 42329)
David A. Vogel (VA Bar No. 48971)
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Tel.: (703) 456-8000
Fax: (703) 456-8100
Email:   dlobel@cooley.com
              dvogel@cooley.com

Jeffrey M. Gutkin (CA Bar No. 216083)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
Email:   jgutkin@cooley.com

William A. McNab (MN Bar No. 320924)
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
Email:   wmcnab@winthrop.com

Carolyn J. Fairless (CO Bar No. 30214)
Michael T. Williams (CO Bar No. 33172)
Andrew M. Unthank (CO Bar No. 36832)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   williams@wtotrial.com
              unthank@wtotrial.com
              benz@wtotrial.com

- 3 -

        Jerry W. Blackwell (MN Bar No. 186867)
        Blackwell Burke P.A.
        431 South Seventh Street, Suite 2500
        Minneapolis, MN 55415
        Tel.: (612) 343-3200
        Fax: (612) 343-3205
        Email: blackwell@blackwellburke.com

        *Attorneys for Defendant CenturyLink, Inc.*

223919219