UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re: CenturyLink Sales Practices and Securities Litigation** This document relates to: 17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5046, 18-1562, 18-1565, 18-1572, 18-1573 | Case No. 0:17-md-02795-MJD-KMM |

**ORDER GRANTING ARBITRATION CLAIMANTS' CONSENTED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO CENTURYLINK'S MOTION TO ENFORCE PRELIMINARY APPROVAL ORDER**

Based upon the files, records, and proceedings herein**, IT IS HEREBY**

**ORDERED**:

Arbitration Claimants' Consented Motion for an Extension of Time to File an Opposition to CenturyLink's Motion to Enforce Preliminary Approval Order [Docket No. 663] is **GRANTED**, and Arbitration Claimants' response to CenturyLink's Motion [Docket No. 654] shall be due on April 30, 2020.

Dated:  April 22, 2020              s/ Michael J. Davis
                                    MICHAEL J. DAVIS
                                    UNITED STATES DISTRICT COURT