UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This document relates to Civil File Nos. 17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5046, 18-1562, 18-1565, 18-1572, 18-1573 | MDL No. 17-2795 (MJD/KMM) |

**MOTION TO COMPEL DEPOSITION OF NANCY J. MOORE
AND TO ADD ONE WEEK TO BRIEFING SCHEDULE
EXPEDITED HANDLING REQUESTED**

Proposed Intervenors and Movants Keisha Covington, Daniel Sokey, Tiffany Van Riper, James Watkins, Jaclyn Finafrock, and Kelly Johnson ("Proposed Intervenors") respectfully move this Court for an Order:

1. Compelling CenturyLink's expert witness Professor Nancy J. Moore to appear for a deposition to be taken by videoconference within 7 days of the Court's order; and

2. Amending the briefing schedule for CenturyLink's related Motion to Disqualify (ECF 634) to accommodate the above discovery as follows:

   a. Proposed Intervenors' opposition brief will be due May 13, 2020;

    b. Class Plaintiffs' and CenturyLink's replies will be due May 27, 2020; and

    c. Oral arguments for Movants' Motion to Intervene, Compel Arbitration, and Stay Proceedings [Docket No. 596], the Amended Motion to Disqualify [Docket No. 641], and on any motions related to the validity of the Opt-Out Letter shall be heard on a date and at a time to be set by the Court.

Movants' Motion is based upon the attached memorandum of law, declaration and exhibits, existing court record, and arguments of counsel.

Dated:  April 24, 2020.　　　　GREENE ESPEL PLLP

    s/ Samuel J Clark
    Robert J. Gilbertson  (# 22361X)
    Samuel J. Clark  (# 0388955)
    Faris A. Rashid  (# 0391508)
    Virginia R. McCalmont  (# 0399496)
    222 South Ninth Street, Suite 2200
    Minneapolis, MN  55402
    Telephone:   (612) 373-0830
    Facsimile:   (612) 373-0929
    E-mail:   BGilbertson@GreeneEspel.com
    　　　　SClark@GreeneEspel.com
    　　　　FRashid@GreeneEspel.com
    　　　　VMcCalmont@GreeneEspel.com

    and

    Ashley C. Keller
    Keller Lenkner LLC
    150 N. Riverside Plaza, Suite 4270
    Chicago, IL  60606

Telephone: (312) 741-5220
Facsimile: (312) 971-3502
E-mail: ack@kellerlenkner.com

Warren Postman
Keller Lenkner LLC
1300 I Street, N.W., Suite 400E
Washington, DC  20005
Telephone: (202) 749-8334
E-mail: wdp@kellerlenkner.com

*Counsel for Proposed Intervenors and Movants
Keisha Covington, Daniel Sokey, Tiffany Van Riper,
James Watkins, Jaclyn Finafrock, and Kelly Johnson*