# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING - TELEPHONIC

| | |
|---|---|
| In re CenturyLink Sales Practices and Securities Litigation | **COURT MINUTES**<br>BEFORE: Kate Menendez<br>U.S. Magistrate Judge |
| This Document Relates to:<br>Civil File No. 18-296 (MJD/KMM) | |

| | |
|---|---|
| Case No: | 17-md-2795-MJD-KMM |
| Date: | April 27, 2020 |
| Location: | Telephonic Hearing |
| Court Reporter: | Debra Beauvais |
| Time Commenced: | 2:00 PM |
| Time Concluded: | 3:22 PM |
| Time in Court: | 1 Hour and 22 Minutes |

**APPEARANCES:**

For Plaintiffs:   Michael Blatchley; Michael Mathai; Keil Mueller; Timothy DeJong; Gregg Fishbein

For Defendants:   Patrick Gibbs; Bryan Koch; Ryan Blair; Sarah Lightdale; Thomas Boyd; Chris Martin; Caitlin Munley

**HEARING ON:**

(1) Plaintiffs' Motion to Compel Discovery [ECF 575]

**Proceedings:** The Court heard oral argument on the Plaintiffs' motion to compel and issued a ruling from the bench. A brief written order will follow.

s/Brian Pousson
Signature of Law Clerk