# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In Re CenturyLink Sales Practices and
Securities Litigation

MDL No. 0:17-02795-MJD-KMM

**ORDER**

This Document Relates to:
Civil No. 18-296 (MJD/KMM)

    This matter is before the Court on the Plaintiffs' Motion to Compel Discovery. [ECF No. 575.] On Monday, April 27, 2020, the Court heard oral argument on the motion, issued several rulings from the bench, and explained its reasoning. This Order memorializes the Court's rulings.

    1.    Plaintiffs' Motion to Compel [ECF No. 575] is **GRANTED IN PART and DENIED IN PART**.

    2.    The motion is denied to the extent Plaintiffs seek an Order compelling CenturyLink to produce in full documents responsive to the third motion to compel filed by the Minnesota Attorney General in a related state case. However, the Court also made clear that this ruling does not preclude the Plaintiffs from obtaining relevant discovery that may be encompassed by those rulings through appropriate discovery requests.

    3.    The motion is denied to the extent Plaintiffs seek an Order compelling CenturyLink to run the search terms already agreed upon in this case against the documents produced to the attorneys general of various states. Instead, the Plaintiffs can seek to add additional custodians to the already-negotiated list if they believe that relevant discoverable materials are being overlooked.

4.  The motion is granted to the extent Plaintiffs seek an Order compelling CenturyLink to provide an answer to Interrogatory No. 2 from the Plaintiffs' First Set of Interrogatories to Defendant CenturyLink, Inc.

5.  The motion is denied as premature to the extent Plaintiffs seek a ruling on the dispute concerning a search of CenturyLink's "Integrity Line" using certain search terms. CenturyLink has agreed to provide some information, and the parties' efforts to meet and confer regarding any remaining dispute have not been completed. The Court anticipates counsel may be able to reach an agreement absent Court intervention.

**SO ORDERED.**

Date: May 4, 2020

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge