UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to:
Civil File No. 18-296 (MJD/KMM)

**PLAINTIFFS' STATEMENT OF CONFIDENTIALITY REGARDING EXHIBITS TO PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs in the above-captioned matter have filed Exhibits F through W to the to the Declaration of Michael D. Blatchley in support of Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification. Pursuant to the Protective Order (ECF No. 464), Exhibits U through W have been designated "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" in their entirety. Because of these designations, redaction is impractical.

Dated: May 4, 2020

Respectfully submitted,

*/s/ Michael D. Blatchley*
Michael D. Blatchley, NYS Bar No. 4747424
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
michaelb@blbglaw.com