# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In Re CenturyLink Sales Practices and
Securities Litigation

MDL No. 0:17-02795-MJD-KMM

**ORDER**

This Document Relates to:
Civil No. 18-296 (MJD/KMM)

Magistrate Judge Katherine Menendez will hold a hearing on Defendants' Motion for Leave to Reopen Deposition of Michael L. Hartzmark and File Sur-Reply, to Adjourn Class Certification Hearing, and to Order an Evidentiary Hearing. [ECF No. 704.] The hearing will be held by videoconference **on Friday, May 22, 2020, at 1:00 PM**. Instructions for participating in the hearing will be communicated to counsel for the parties no later than the close of business on Tuesday, May 19, 2020. As a result, the hearing scheduled for May 21, 2020 at 10:30 AM on the class certification motion before United States District Judge Michael J. Davis [ECF No. 530] is temporarily postponed. The telephonic status conference set for May 21, 2020 at 10:00 AM [Case No. 18cv296, ECF No. 204] is also canceled.

**SO ORDERED.**

Date: May 15, 2020

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge