# Exhibit A







CenturyLink Claims | Drew | Home | Create

## CenturyLink Claims

- **Home**
- Posts
- Reviews
- Photos
- About
- Community

Create a Page

Like | Follow | Share | ··· | Sign Up | Send Message

Write a post...

Photo/Video | Tag Friends | Check in | •••

**Posts**

**CenturyLink Claims** updated their cover photo.
March 16, 2019 ·

3 Comments 1 Share

Like | Comment | Share

**CenturyLink Claims** updated their profile picture.
March 16, 2019 ·

Cause

**Community** See All

**Invite your friends** to like this Page

71 people like this

71 people follow this

**About** See All

**Send Message**

attorneys.centurylinkclaims.com/sign-up

Cause

Suggest Edits

**Page Transparency** See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 15, 2019

**Related Pages**

**Healthergize** Health & Wellness Website — Like

**Montana homes and ra...** Real Estate Agent — Like

**A Borrowed Earth** Personal Blog — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

CenturyLink Claims | Drew | Home | Create

CenturyLink Claims

**Home**

Posts

Reviews

Photos

About

Community

Create a Page

2 Comments 1 Share

Like Comment Share

See All

**Recommendations and Reviews**

My home internet service is not working. They gave me an appointment f or today Sat 8am to 12m. No on... See More

May 11, 2019

charge for use when did not have service during Hurricane Micheal

March 27, 2019

it's a rip off, because the attorneys will get there cut.

March 24, 2019

**Do you recommend CenturyLink Claims?**

Yes | No

See All

**Photos**

## CenturyLink Claims

**Home**

Posts

Reviews

Photos

About

Community

Create a Page

# Exhibit B







CenturyLink Claims | Drew | Home | Create

CenturyLink Claims

- Home
- Posts
- Reviews
- Photos
- About
- Community

Create a Page

Like | Follow | Share | ···

Sign Up | Send Message

Write a post...

Photo/Video | Tag Friends | Check in | •••

**Posts**

**CenturyLink Claims** updated their cover photo.
March 16, 2019 ·

3 Comments 1 Share

Like | Comment | Share

**CenturyLink Claims** updated their profile picture.
March 16, 2019 ·

Cause

**Community** See All

**Invite your friends** to like this Page

71 people like this

71 people follow this

**About** See All

**Send Message**

attorneys.centurylinkclaims.com/sign-up

Cause

Suggest Edits

**Page Transparency** See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 15, 2019

**Related Pages**

**Montana homes and ra...**
Real Estate Agent
Like

**Montana Ranches**
Real Estate Company
Like

**Healthergize**
Health & Wellness Website
Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Facebook © 2020

CenturyLink Claims

Drew Home Create

CenturyLink Claims

**Home**

Posts

Reviews

Photos

About

Community

Create a Page

2 Comments 1 Share

Like Comment Share

See All

**Recommendations and Reviews**

Recommended by 5 people

My home internet service is not working. They gave me an appointment f or today Sat 8am to 12m. No on... See More

May 11, 2019

charge for use when did not have service during Hurricane Micheal

March 27, 2019

it's a rip off, because the attorneys will get there cut.

March 24, 2019

**Do you recommend CenturyLink Claims?**

Yes No

See All

**Photos**

CenturyLink Claims

Home
Posts
Reviews
Photos
About
Community

Create a Page

# Exhibit C



Attorney Advertising

# Reclaim the Money
# CenturyLink Overbilled You

We help CenturyLink customers get compensation for bills that were <u>more than originally quoted</u>.

**Sign Up for a Claim to Recover Your Money**

**CenturyLink regularly overbilled customers, charged them hidden fees and made it nearly impossible to get out of contracts.**

**You may be able to recover the full amount CenturyLink overbilled you.**



## The CenturyLink Bait and Switch

If you think CenturyLink pulled a bait and switch on your bill, you're probably right.

Thousands of customers have reported getting gouged with bills that are much higher than they were quoted.

One CenturyLink employee estimated that only **1 in 5 bills** are close to the price they quoted.

According to multiple lawsuits, CenturyLink

**CenturyLink False Advertising**

routinely promised one price for internet and phone services, then charged a much higher one - sometimes more than *twice as much*.

Customers who called to complain often spent hours on hold and got passed around to "customer service" agents over weeks or even months.

Promising one price then sending a bill for a higher price is considered false advertising.

Customers who are overcharged because of false advertising are entitled to <u>recover all the money</u> they were cheated out of.



### You can sign up to reclaim your money in 2-minutes.

We only need two minutes of your time to sign-up for a claim to get the money you overpaid back.

We try to make the sign up process as easy as possible. It's free to sign up and you never owe us anything unless



### We Help Consumers

We are consumer protection attorneys who have represented thousands of individuals who were ripped off or defrauded.



## Here's How CenturyLink Overbilled its Customers

CenturyLink used several tactics to make a customer's bill much higher than the price they thought they were signing up for, according to recent lawsuits.

Advertising one price then charging another is straight fraud. Consumers who have been defrauded are entitled to receive the money they lost because of the fraud.

### *Customers are "Disqualified" from Receiving the Promotional Price*

CenturyLink lured people in with a seemingly fair promotional price, but in reality there are over 2,000 exceptions

and disqualifying reasons that keep the vast majority of people from ever actually receiving a refund.

### Dozens of Hidden Fees

On top of its base rates, CenturyLink added literally dozens of one-time and monthly fees to customers' bills.

Some of these fees have names that don't seem to mean anything, such as the "Internet Cost Recovery Fee."



### Ignore the Customer Until they Go Away

When someone called customer support to get their bill adjusted, CenturyLink regularly put customers on hold for hours, and refused to honor the first agent's promise.

Customers who ask to end their service were often threatened with a several hundred dollar cancellation fee.



**Our legal team makes it easier for consumers to recover compensation.**

If CenturyLink billed you more than you were first quoted, you likely have a claim to get your money back.

**Sign Up for a Compensation Claim**

# We make getting compensation straightforward

**Sign Up in 2-Minutes**

 Complete the contact form.

 We will send you a couple questions about your CenturyLink bills.

 We will then start working to get you compensation.

 **You owe nothing unless we get you compensation.**

**Sign Up for Your Overbilling Claim**

Attorney Advertising. Troxel Law LLP. 2019. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

If you would like to speak to someone today, please call us at:

(800) 597-9765

# Exhibit D



Attorney Advertising

# Reclaim the Money
# CenturyLink Overbilled You

We help CenturyLink customers get compensation for bills that were
<u>more than originally quoted</u>.

**Sign Up for a Claim to Recover Your Money**

**CenturyLink regularly overbilled customers, charged them hidden fees and made it nearly impossible to get out of contracts.**

**You may be able to recover the full amount CenturyLink overbilled you.**



## The CenturyLink Bait and Switch

If you think CenturyLink pulled a bait and switch on your bill, you're probably right.

Thousands of customers have reported getting gouged with bills that are much higher than they were quoted.

One CenturyLink employee estimated that only **1 in 5 bills** are close to the price they quoted.

According to multiple lawsuits, CenturyLink

**CenturyLink False Advertising**

routinely promised one price for internet and phone services, then charged a much higher one - sometimes more than **twice as much**.

Customers who called to complain often spent hours on hold and got passed around to "customer service" agents over weeks or even months.

Promising one price then sending a bill for a higher price is considered false advertising.

Customers who overcharged because of false advertising are entitled to <u>recover all the money</u> they were cheated out of.



### You can sign up to reclaim your money in 2-minutes.

We only need two minutes of your time to sign-up for a claim to get the money you overpaid back.

We try to make the sign up process as easy as possible. It's free to sign up and you never owe us anything unless



### We Help Consumers

We are consumer protection attorneys who have represented thousands of individuals who were ripped off or defrauded.



## Here's How CenturyLink Overbilled its Customers

CenturyLink used several tactics to make a customer's bill much higher than the price they thought they were signing up for, according to recent lawsuits.

Advertising one price then charging another is straight fraud. Consumers who have been defrauded are entitled to receive the money they lost because of the fraud.

### Customers are "Disqualified" from Receiving the Promotional Price

CenturyLink lured people in with a seemingly fair promotional price, but in reality there are over 2,000 exceptions

and disqualifying reasons that keep the vast majority of people from ever actually receiving a payout.

## Dozens of Hidden Fees

On top of its base rates, CenturyLink added literally dozens of one-time and monthly fees to customers' bills.

Some of these fees have names that don't seem to mean anything, such as the "Internet Cost Recovery Fee."

## Ignore the Customer Until they Go Away

When someone called customer support to get their bill adjusted, CenturyLink regularly put customers on hold for hours, and refused to honor the first agent's promise.

Customers who ask to end their service were often threatened with a several hundred dollar cancellation fee.



Hidden Fees
Extra Services
Nonexistent Promotions
Cancellation Threat



**Our legal team makes it easier for consumers to recover compensation.**

If CenturyLink billed you more than you were first quoted, you likely have a claim to get your money back.

**Sign Up for a Compensation Claim**

# We make getting compensation straightforward

**Sign Up in 2-Minutes**


1  Complete the contact form.


2  We will send you a couple questions about your CenturyLink bills.


3  We will then start working to get you compensation.


4  **You owe nothing unless we get you compensation.**

**Sign Up for Your Overbilling Claim**

Attorney Advertising. Troxel Law LLP. 2019. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

If you would like to speak to someone today, please call us at:

(800) 597-9765