UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br>17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5001, 17-5046, 18-1573, 18-1572, 18-1565, 18-1562 | MDL No. 17-2795 (MJD/KMM)<br><br>PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS |

Plaintiffs, by and through Settlement Class Counsel Zimmerman Reed, LLP, O'Mara Law Group, and Geragos & Geragos APC, move this Court for an Order awarding: (1) attorneys' fees in the amount of $6,166,667 and reimbursement of costs and reimbursement of expenses in the amount of $325,608.54; and, (2) class representative service awards of $2,500.

The Court's January 28, 2020 Order (ECF No. 528), among other things, granted preliminary approval of the proposed settlement, conditionally certified a Settlement Class, appointed Settlement Class Representatives and Settlement Class Counsel, and approved the Class Notice and ordered it be disseminated according to the proposed Notice Plan. This Notice informed Settlement Class Members that Settlement Class Counsel would seek class representative service awards of up to $2,500, and for an award of "attorneys' fees of up to one-third of the [$18,500,000] maximum value of the Settlement… plus reimbursement of costs." (ECF No. 469-1 at ¶ 11).

This motion is based upon the Declaration of Brian C. Gudmundson, the Memorandum in support of the Motion, and upon all files, records, and proceedings in this matter.

Dated: June 2, 2020

Respectfully submitted,

*/s/ Brian C. Gudmundson*
Carolyn G. Anderson (MN 275712)
Brian C. Gudmundson (MN 336695)
Bryce D. Riddle (MN 398019)
Michael J. Laird (MN 398436)
**ZIMMERMAN REED LLP**
1100 IDS Center,
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 641-0844
carolyn.anderson@zimmreed.com
brian.gudmundson@zimmreed.com
bryce.riddle@zimmreed.com
michael.laird@zimmreed.com

**ZIMMERMAN REED LLP**
Hart L. Robinovitch
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Plaintiffs' Interim Co- Lead and Liaison Counsel*

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood
Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468

2

mark@omaralawgroup.com
alyssa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*

**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@ gustafsongluek.com

*Plaintiffs' Executive Committee Chair*

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom (MN 039445)
Anne T. Regan (MN 333852)
Nicholas S. Kuhlmann (MN 33750)
Jason Raether (MN 394857)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com
nkuhlmann@hjlawfirm.com
jraether@hjlawfirm.com

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Telephone: (404) 996-0869
Facsimile: (205) 326-3332
jmcdonough@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau
W. Lewis Garrison, Jr.
Christopher B. Hood
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*Plaintiffs' Executive Committee*

| | |
|---|---|
| **HODGE & LANGLEY LAW FIRM, P.C.**<br>T. Ryan Langley<br>229 Magnolia St.<br>Spartanburg, SC 29306<br>Telephone: (864) 585-3873<br>Facsimile: (864) 585-6485<br>rlangley@hodgelawfirm.com | **OLSEN DAINES PC**<br>Michael Fuller, OSB No. 09357<br>Olsen Daines PC<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, Oregon 97204<br>Telephone: (503) 201-4570<br>michael@underdoglawyer.com |

| | |
|---|---|
| **FERNALD LAW GROUP LLP** | **WALSH PLLC** |
| Brandon C. Fernald | Bonner C. Walsh |
| 6236 Laredo Street | PO Box 7 |
| Las Vegas, NV 89146 | Bly, OR 97622 |
| Telephone: (702) 410-7500 | Telephone: (541) 359-2827 |
| Facsimile: (702) 410-7520 | Facsimile: (866) 503-8206 |
| brandon.fernald@fernaldlawgroup.com | bonner@walshpllc.com |
| | |
| **ATTORNEY ALFRED M. SANCHEZ** | **GARDY & NOTIS, LLP** |
| Alfred M. Sanchez | Orin Kurtz |
| 400 Gold Ave. SW, #240 | 126 East 56th Street, 8th Floor |
| Albuquerque, NM 87102 | New York, NY 10022 |
| Telephone: (505) 242-1979 | Telephone: (212) 905-0509 |
| lawyeralfredsanchez@gmail.com | Fax: (212) 905-0508 |
| | okurtz@gardylaw.com |

*Counsel for Plaintiffs and the Proposed Class*