UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to<br><br>0:17-cv-02832   0:17-cv-04943<br>0:17-cv-04613   0:17-cv-04944<br>0:17-cv-04614   0:17-cv-04945<br>0:17-cv-04615   0:17-cv-04947<br>0:17-cv-04616   0:17-cv-05046<br>0:17-cv-04617   0:18-cv-01562<br>0:17-cv-04618   0:18-cv-01572<br>0:17-cv-04619   0:18-cv-01573<br>0:17-cv-04622   0:18-cv-01565 | **THIRD STATUS REPORT REGARDING NOTICE TO CLASS MEMBERS** |

Defendant CenturyLink, Inc. and Consumer Plaintiffs (jointly, "Parties") write to update the Court on the status of notice to class members pursuant to the Court's Preliminary Approval Order, dated January 24, 2020 (ECF No. 528) (the "Order").

1. In the Second Status Report (ECF No. 797), the Parties informed the Court of a potential class notice issue that CenturyLink recently identified involving former customers of now-discontinued analog cable television services ("Analog Cable Customers").

2. Since then CenturyLink has located electronic records for the Analog Cable Customers that allowed it to confirm that approximately 3,600 of them are Class Members—that is, they received internet, phone, or TV services within the Class Period

from one of the Operating Companies subject to the Settlement Agreement. Of those 3,600 customers, most already received Class notice, but 1,378 Analog Cable Customers (about 0.008% of the Class) do not appear to match any name on the notice list.

3. CenturyLink has compiled the names and addresses of these 1,378 Analog Cable Customers and has delivered this supplemental notice list to the Settlement Administrator.

4. The Settlement Administrator has confirmed that it will transmit notice to these 1,378 Analog Cable Customers by August 26, 2020. The new notice will be identical to the notice described in the Second Status Report and will have a deadline of October 26, 2020 for claims, opt-outs or objections.

5. In the Second Status Report, the Parties informed the Court of the need to send notice to approximately 406,000 customers of a "Prepaid" internet service due to an error by CenturyLink in compiling the initial Class notice list. By way of further update, CenturyLink has been working with the Settlement Administrator to prepare those notices and they will be sent out by August 26, 2020, as proposed in the Second Status Report.

6. The Parties are aware of no other issues regarding notices to the Settlement Class.

7. The Parties thank the Court for its continued attention to these matters.

Dated:  August 20, 2020                                    Respectfully submitted,

*s/ Brian C. Gudmundson*                                   *s/ Douglas P. Lobel*
Carolyn G. Anderson (MN 275712)                            Douglas P. Lobel (VA Bar No. 42329)

Brian C. Gudmundson (MN 336695)
Bryce D. Riddle (MN 398019)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
carolyn.anderson@zimmreed.com
brian.gudmundson@zimmreed.com
bryce.riddle@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

**O'MARA LAW GROUP**
Mark M. O'Mara
Alyssa J. Flood
Caitlin H. Reese
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com
caitlin@omaralawgroup.com

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Settlement Class Counsel*

David A. Vogel (VA Bar No. 48971)
**COOLEY LLP**
11951 Freedom Drive, Ste. 1500
Reston, VA 20190-5656
Telephone: (703) 456-8576
dlobel@cooley.com
dvogel@cooley.com

Jeffrey M. Gutkin (CA Bar No. 216083)
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.:   (415) 693-2000
Fax:   (415) 693-2222
Email:  jgutkin@cooley.com

Thomas H. Boyd (MN Bar No. 200517)
William A. McNab (MN Bar No. 320924)
David M. Aafedt (MN Bar No. 27561X)
**WINTHROP & WEINSTINE, P.A.**
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Tel.:   (612) 604-6400
Fax:   (612) 604-6800
Email:  tboyd@winthrop.com
        wmcnab@winthrop.com
        daafedt@winthrop.com

Jerry W. Blackwell (MN Bar No. 186867)
**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Tel.:   (612) 343-3200
Fax:   (612) 343-3205
Email:  blackwell@blackwellburke.com

*Counsel for CenturyLink, Inc. and Its Subsidiaries (collectively "CenturyLink")*