UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION**<br><br>This Document Relates to:<br>17-2832, 17-4613, 17-4614, 17-4615, 17-4616, 17-4617, 17-4618, 17-4619, 17-4622, 17-4943, 17-4944, 17-4945, 17-4947, 17-5001, 17-5046, 18-1573, 18-1572, 18-1565, 18-1562 | MDL No. 17-2795 (MJD/KMM)<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby move this Court for entry of an Order granting final approval of their class action settlement with Defendant CenturyLink, Inc.

This Motion is based on the record in this case as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (2) the Declaration of Brian C. Gudmundson and attached exhibits; (3) the Declaration of Jason M. Stinehart of Rust Consulting and attached exhibits; (4) the Declaration of Shannon R. Wheatman of Kinsella Media and attached exhibits; (5) the Declaration of Robert Beckman of CenturyLink and attached exhibits; and (6) the Declaration of Charles Dawson of CenturyTel Service Group, LLC that are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

| | |
|---|---|
| Dated: November 5, 2020 | Respectfully submitted,<br><br>s/ Brian C. Gudmundson<br>Carolyn G. Anderson (MN 275712)<br>Brian C. Gudmundson (MN 336695)<br>Michael J. Laird (MN 398436)<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center,<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>Facsimile: (612) 641-0844<br>carolyn.anderson@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com<br><br>**ZIMMERMAN REED LLP**<br>Hart L. Robinovitch<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>Telephone: (480) 348-6400<br>Facsimile: (480) 348-6415<br>hart.robinovitch@zimmreed.com<br><br>*Plaintiffs' Interim Co- Lead and Liaison Counsel*<br><br>**O'MARA LAW GROUP**<br>Mark M. O'Mara<br>Alyssa J. Flood<br>Caitlin H. Reese<br>221 NE Ivanhoe Blvd., Suite 200<br>Orlando, FL 32804<br>Telephone: (407) 898-5151<br>Facsimile: (407) 898-2468<br>mark@omaralawgroup.com<br>alyssa@omaralawgroup.com<br>caitlin@omaralawgroup.com |

**GERAGOS & GERAGOS, APC**
Mark J. Geragos
Benjamin J. Meiselas
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
mark@geragos.com
meiselas@geragos.com

*Plaintiffs' Interim Co-Lead Counsel*

**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Plaintiffs' Executive Committee Chair*

**HELLMUTH & JOHNSON, PLLC**
Richard M. Hagstrom (MN 039445)
Anne T. Regan (MN 333852)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
rhagstrom@hjlawfirm.com
aregan@hjlawfirm.com

**ROXANNE CONLIN & ASSOCIATES, PC**
Roxanne Barton Conlin
3721 S.W 61st St.
Des Moines, Iowa, 50321
Telephone: (515) 283-1111
roxlaw@aol.com

3

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Telephone: (404) 996-0869
Facsimile: (205) 326-3332
jmcdonough@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Francois M. Blaudeau
W. Lewis Garrison, Jr.
Christopher B. Hood
2224 1st Ave North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 380-0145
francois@southernmedlaw.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*Plaintiffs' Executive Committee*

**HODGE & LANGLEY LAW FIRM, P.C.**
T. Ryan Langley
229 Magnolia St.
Spartanburg, SC 29306
Telephone: (864) 585-3873
Facsimile: (864) 585-6485
rlangley@hodgelawfirm.com

**OLSEN DAINES PC**
Michael Fuller, OSB No. 09357
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
michael@underdoglawyer.com

**FERNALD LAW GROUP LLP**
Brandon C. Fernald
6236 Laredo Street
Las Vegas, NV 89146
Telephone: (702) 410-7500
Facsimile: (702) 410-7520
brandon.fernald@fernaldlawgroup.com

**WALSH PLLC**
Bonner C. Walsh
PO Box 7
Bly, OR 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

5

| | |
|---|---|
| **ATTORNEY ALFRED M. SANCHEZ** | **GARDY & NOTIS, LLP** |
| Alfred M. Sanchez | Orin Kurtz |
| 400 Gold Ave. SW, #240 | 126 East 56th Street, 8th Floor |
| Albuquerque, NM 87102 | New York, NY 10022 |
| Telephone: (505) 242-1979 | Telephone: (212) 905-0509 |
| lawyeralfredsanchez@gmail.com | Fax: (212) 905-0508 |
| | okurtz@gardylaw.com |

*Counsel for Plaintiffs and the Proposed Class*