# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## VIDEO CONFERENCING
## CIVIL MOTION HEARING

Re:  CenturyLink Sales Practices and
Securities Litigation,

**COURT MINUTES**
**BEFORE:  Judge Michael J. Davis**
**U.S. District Court**

| | |
|---|---|
| Case Nos.: | 17-md-2795-MJD-KMM |
| Date: | November 19, 2020 |
| Court Reporter: | Renee Rogge |
| Courtroom: | 13E – *Via Video Conferencing* |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 11:54 a.m. |
| Time in Court: | 1 hour 19 minutes |

Hearing on:

**MOTION for Attorney Fees, Reimbursement of Costs and Expenses, and Class Representative Service Awards filed by Plaintiffs' Interim Co-Lead Counsel [731]**

**MOTION for Final Approval of Class Action Settlement filed by Plaintiffs' Interim Co-Lead Counsel [832]**

## APPEARANCES:

**For Plaintiffs (Consumer Fraud):**
  Brian C Gudmundson          Zimmerman Reed, PLLP
  Ann T. Regan                Hellmuth & Johnson, PLLC

**For Defendant CenturyLink:**
  Douglas P. Lobel            Cooley LLP
  Jeffrey M. Gutkin           Cooley LLP

**For Objector Troy Scheffler:**
  Peter J. Nikitas            Peter J. Nikitas Law Office

**For Objector Troy A. Poetz:**
  Troy A. Poetz               Rajkowski Hansmeier Ltd

## PROCEEDINGS:

The motions were moved, argued and granted.  Order to follow.

Date:  November 19, 2020                                                s/GRR
                                              Courtroom Deputy to Judge Michael J. Davis