UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION | MDL No. 17-2795 (MJD/KMM) |
| This Document Relates to: 18-cv-2460, 18-cv-2833, 18-cv-2834, 18-cv-2835, 19-cv-263, 19-cv-284 | **CASE MANAGEMENT ORDER FOR CONSOLIDATED DERIVATIVE ACTION** |

This matter has been stayed since 2019, while the related Securities Class Action was being litigated. (ECF Nos. 419, 452, 761, 891). The parties agree that the stay should be lifted, in light of the settlements reached in related litigation. However, the parties disagree regarding how the next phase of the Consolidated Derivative Action should be handled. (ECF No. 894). The Plaintiffs urge that Court should hold a pretrial conference and permit discovery to begin immediately. The Defendants argue that the Court should first resolve a forthcoming Motion to Issue a Suggestion of Remand.

On April 8, 2021, the Court held a case management conference, and heard from counsel regarding the competing proposals. (ECF No. 898). From the bench, the undersigned Ordered that the Court would adopt the Defendants' proposal, and would first address the Motion to Issue a Suggestion of Remand, before commencing litigation about either the propriety of discovery or an anticipated Motion to Dismiss.

THEREFORE, IT IS HEREBY ORDERED THAT:

1) The stay in this matter is lifted, effective immediately.

2) On or before **May 3, 2021**, the Defendants shall file the Motion to Issue a Suggestion of Remand, and the related documents.

3) Also on or before **May 3, 2021**, the Defendants shall contact the chambers of Senior District Judge Michael J. Davis to schedule a hearing on this motion.

4) The Plaintiffs' response to the Motion shall be due on or before **May 24, 2021**.

5) The Defendants' Reply, if any, shall be due on or before **June 1, 2021**.

IT IS SO ORDERED.

Date:  April 13, 2021

                                                 s/ *Katherine Menendez*
                                                 Katherine Menendez
                                                 United States Magistrate Judge