# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 [MJD/KMM]

This document relates to Civil File Nos.:
17-2832, 17-4613, 17-4614, 17-4615,
17-4616, 17-4617, 17-4618, 17-4619,
17-4622, 17-4943, 17-4944, 17-4945,
17-4947, 17-5046, 18-1562, 18-1565,
18-1572, 18-1573

## NOTICE OF WITHDRAWAL OF COUNSEL WITHOUT SUBSTITUTION

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jared D. Shepherd of Campbell Knutson, P.A., currently listed as a counsel of record for Movants Patrick West and Vonita Taylor and Proposed Intervenors and Movants Keisha Covington, Daniel Sokey, Tiffany Van Riper, James Watkins, Jaclyn Finafrock, and Kelly Johnson, wishes to withdraw as counsel for the foregoing Movants and Proposed Intervenors in this case, as their role in the matter has concluded. Counsel requests that he be removed from the CM/ECF party listing and that he receive no further ECF notifications in this matter.

214963v1

Dated: April 16, 2021.

**CAMPBELL KNUTSON**
*Professional Association*

By _____
Jared D. Shepherd (#0389521)
Grand Oak Office Center I
860 Blue Gentian Road, Suite 290
Eagan, Minnesota 55121
Telephone: (651) 452-5000
Email: jshepherd@ck-law.com

Counsel for Proposed Intervenors and Movants Patrick West, Vonita Taylor, Keisha Covington, Daniel Sokey, Tiffany Van Riper, James Watkins, Jaclyn Finafrock, and Kelly Johnson

214963v1