UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>Civil Action Nos. 18-2460, 18-2833, 18-2834, 18-2835, 19-263, 19-284 (MJD/JFD) | MDL No. 17-2795 (MJD/JFD)<br><br>ORDER GRANTING REQUEST TO ENLARGE WORD COUNT LIMITS FOR LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

This matter is before the Court on Lead Plaintiff's letter request pursuant to Local Rules 7.1(f)(1)(D) and 7.1(b)(3) for leave to enlarge the word count limit for his omnibus opposition to two pending motions to dismiss.

Based upon the letter, and upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Lead Plaintiff's letter request (Doc. 1035) is **GRANTED** as follows:

The word limit is enlarged to 15,000 words for Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss (Doc. Nos. 1016 and 1025).

Dated: November 3, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court